# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
BRIDGEPORT

## APPEARANCE

2-24-2004
Kevin F. Rowe, Clerk
O. Rondly

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Nichole
Holston

3:01CV1502 JCH

2/24/04
**Date**

O9444
**Connecticut Federal Bar Number**

203-562-9931
**Telephone Number**

776-9494
**Fax Number**

_____
**E-mail address**

_Katrin Sgah_ (Engstrom)
**Signature**

Williams + Pattis
**Print Clearly or Type Name**

51 Elm St
**Address**

New Haven Ct
06510

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael Wolak
165 Church St.
New Haven Ct
06510

_Katrin Sgah_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24