CT/cvjysel (January 18, 2002)

HONORABLE  HALL
DEPUTY CLERK BOROSKEY   RPTR/ERO/TAPE FINANZA
TOTAL TIME: ___ hours  5 minutes

DATE 2-24-04    START TIME 2:45    END TIME 2:50
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01CV1502JCH

NICHOLS
vs.
HOLSTON

M. WOLAK II
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

KIT ENGSTROM
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑......  ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐......  ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐.....#__  Motion _____  ☐ granted ☐ denied ☐ advisement

☐......  _____  ☐ filed ☐ docketed

☐......  _____  ☐ filed ☐ docketed

☐......  _____  ☐ filed ☐ docketed

☐......  _____  ☐ filed ☐ docketed

☐......  _____ # jurors present

☐......  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐......  Voir Dire by Court

☐......  Peremptory challenges exercised (See attached)

☐......  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐......  Remaining jurors excused

☐......  Discovery deadline set for _____

☐......  Disposition Motions due _____

☐......  Joint trial memorandum due _____

☐......  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK