UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS NICHOLS | : | |
| VS. | : | NO. 3:02CV1502(EBB) |
| R. HOLSTON | : | MARCH 25, 2004 |

### RESPONSE TO ORDER TO SHOW CAUSE

This court's Order filed March 24, 2004, is mistaken in at least two obvious respects:

1. Plaintiff's counsel never was ordered to do anything and, therefore, cannot be in contempt of any order. The order was directed to the plaintiff himself, and only to him.

2. In fact, the plaintiff fully complied with all defendant's discovery requests and did so many months ago. A copy of his full compliance is attached hereto as *Exhibit A*.

With all due respect, this court's March 24 order is unfair to counsel and should be vacated.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to the Office of Corporation Counsel, City Hall, 165 Church Street, New Haven, CT 06510.

_____
JOHN R. WILLIAMS