# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

January 13, 2004

Attorney Michael A. Wolak, III
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510

Re:  <u>Nichols v. Holston</u>
     Civil Case No. 3:02CV01502 (JCH)

Dear Attorney Wolak:

Enclosed are Mr. Nichols' medical records regarding the above matter. These records are responsive to your discovery requests dated August 7, 2003.

Please contact me should you have any questions or need any additional information.

Sincerely,

Lindsay Caron
Paralegal

LC/o
Enclosure

# EMERGENCY SERVICE VISIT RECORD
## YALE-NEW HAVEN HOSPITAL

| TIME IN | 740 A.M. P.M. | TIME OUT 1505 9/30/72 | A.M. P.M. | VISIT DATE | MO. 9 DAY 30 YR. 72 | UNIT NO. | 1027505 |

**PATIENT'S COMPLAINT** bump on head

**NATURE OF ACCIDENT:** AUTO ☐ STAB WOUND ☐ GUN SHOT ☐ DOG BITE ☐ OTHER ☐ FALL ☒ LACERATION ☐ INGESTION ☐ BURN ☐

**TYPE OF SERVICE:** ACCIDENT ☒ ILLNESS ☐

**PATIENT NAME & ADDRESS**
LAST Nichols  FIRST Luis  MIDDLE OR MAIDEN
STREET ADDRESS 180 Portsea St
PLACE OF ACCIDENT: WORK ☐ HOME ☐ HIGHWAY ☐ OTHER ☒

CITY OR TOWN  OTHER CITY  STATE  LOCATION OF ACCIDENT
NEW HAVEN ☒  EAST HAVEN ☐  NORTH HAVEN ☐  WEST HAVEN ☐  HAMDEN ☐

**TELEPHONE NO.** 562286[?]
**RACE:** WHITE ☐ NEGRO ☐ OTHER ☐
**SEX:** MALE ☒ FEMALE ☐
**MARITAL STATUS:** SINGLE ☐ MARRIED ☐ DIVORCED ☐ WIDOWED ☐ SEPARATED ☐
**RELIGION:** CATHOLIC ☐ JEWISH ☐ PROTESTANT ☐ OTHER ☐
(DENOMINATION)

**PREVIOUS HOSP. VISIT** Y ☐ N ☒
**BIRTH DATE** MO. 9 DAY 30 YR. 72
**PLACE OF BIRTH** Dom Republic
**MOTHER'S MAIDEN NAME** Same
**NAME & ADDRESS OF CHURCH**

**RES. CODE** 9919
**USUAL SOURCE OF MEDICAL CARE** PRIVATE M.D. ☒ Rosen (NAME)  OTHER ☐
**MODE OF ARRIVAL:** AMBULANCE ☐ (WHO?)  POLICE ☐  OTHER ☒

**SOCIAL SECURITY NO.**
**PATIENT'S EMPLOYER NO.** 053
**OR PATIENT'S EMPLOYER**
**TYPE OF MEMBER:** CBC ☐ HMD ☐ IPB ☐ NAT'L ☐ FED ☐

**NOTIFY** NAME Mildred  RELATIONSHIP mo  MEMBERSHIP NUMBER 9-184606
☒ BLUE CROSS  ☐ H.H.C.
☐ MEDICARE  ☐ C.H.C.P.
☐ SERVICEMAN  ☐ W. COMP.
☐ WELFARE  ☐ Y.H.P.
☐ CTY. ☐ STATE  ☐ SELF-PAY

**ADDRESS** Same
**TELEPHONE NUMBER**
**VERIFIED (REGISTRAR'S INITIAL)**

**NURSING NOTES**
BP  TIME  MEDICATION OR PROCEDURE ORDERED  No LOC
T
P
R
SIG. _____ R.N.

**PROBLEM DIAGNOSIS** bruise on head

**PHYSICIAN NOTES**

5½ y.o. P.R. ♂ fell off wall this aft. bumped Ⓛ forehead. No LOC. No n, v, headache. No sleepiness, lethargy. Alert, active behavior at home

O sleepy, friendly, PR ♂ — alert but tired. 2-3 cm raised, erythematous bruise on Ⓛ [not tend] forehead. PERRLA fundi Ⓝ CN II→XII intact  cor ♡ WNL

A superficial bruise ō evidence of subdural/epidural hematoma.

P reassure ✓ instructions to Mom have ice packs ē bruise

**Rx** ——

**LAB**

**DISPOSITION** H

**INSTRUCTIONS TO PATIENT**

I CERTIFY THAT I UNDERSTAND THE INSTRUCTIONS GIVEN ME

PATIENT'S SIGNATURE  DATE  TIME A.M. P.M.  PHYSICIAN'S SIGNATURE C.S. Ketchuri HR

## YALE-NEW HAVEN HOSPITAL

Name Nichols, Luis    # 102-75-05    Unit No.

**AMBULATORY SERVICES**

DIVISION
OR
CLINIC

Address _____
Birth
Date _____    Accommodation

**HISTORY AND
PROGRESS NOTES**

| DATE | Problem No. | |
|------|-------------|---|
| MAR 19 1979 | | **UROLOGY CLINIC** Circumcision Consult |
| | | 6 y.o. B ♂ c̄ marked phimosis please |
| | | here for evaluation. Circumcision |
| | | is indicated, but mother wants to |
| | | wait until child finishes school. |
| | | Have agreed, but advised mother that |
| | | he may have problems prior |
| | | to June. |
| | | Admit June 3 for circumcision |
| | | June 4. |
| | | E. Seal Jr |

F 680 (Rev. 9/74)

YALE-NEW HAVEN HOSPITAL

**PATIENT'S CHIEF COMPLAINT**

LAC SCALP

TIME IN (STAMP)

TIME OUT (STAMP)

| PREV. HOSP. VISIT? | VISIT DATE | MO 11 | DAY 6 | YR 79 | UNIT NUMBER | 10275 05 |
|---|---|---|---|---|---|---|
| X YES □ NO | | | | | | |

**PATIENT NAME**

| LAST | FIRST | MIDDLE OR MAIDEN | TELEPHONE NO. | BIRTHDATE |
|---|---|---|---|---|
| NICHOLS | LUIS | | | 9/30/72 |

| STREET ADDRESS | | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 180 PORTSEA    ST | | NEW HAVEN | CT | 06519 |

| PLACE OF ACCIDENT | | | | | BIRTHPLACE | USUAL SOURCE OF MEDICAL CARE | | RELIGION |
|---|---|---|---|---|---|---|---|---|
| WORK □ | HOME □ | HIGHWAY □ | SCHOOL □ | OTHER X | nhn | PRIV. M.D.    (NAME)    OTHER □ | | C □ J □ P □ O □ |

**NOTIFY**

| NAME | RELATIONSHIP | TELEPHONE NO. | MODE OF ARRIVAL |
|---|---|---|---|
| MILDRED | MO | | POLICE  AMBULANCE |

| ADDRESS | CITY | STATE | INSURANCE COVERAGE |
|---|---|---|---|
| | | | BX  MEDC  WELF  CITY STATE  HHC  CHCP  W.C.  YHP  SELF |

**NURSES NOTES**

| TIME | BP | P | R | T | NURSING HISTORY NOTES |
|---|---|---|---|---|---|
| | | | | | |

ALLERGIES:

_Agostino_ R.N.

**DOCTORS ORDERS**

| MEDICATION OR PROCEDURE ORDERED | TIME ORDERED | M.D. SIGNATURE | R.N. SIGN / TIME |
|---|---|---|---|
| | | | |

| X | Qty. | SERVICE | HISTORY / EXAM / TREATMENT | LAB / X-RAY |
|---|---|---|---|---|
| | | E.S. VISIT | | |
| | | I.V. | | |
| | | JELCO | | |
| | | O₂ | See lac sheet | |
| | | CARDIAC PACING | | |
| | | E.T. TUBE | | |
| | | PLEURO VAC | | |
| | | L.P. Set-Child | | |
| | | L.P. Set-Adult | | |
| | | ACE | | |
| | | SLING | | |
| | | SPLINT-Finger | | |
| | | SPLINT-Arm or Hand | | |
| | | CAST-Short Child | | |
| | | CAST-Short Adult | | |
| | | CAST-Long Child | | |
| | | CAST-Long Adult | | |
| | | CRUTCHES | | |
| | | SHOULDER Immobilizer | | |
| | | CLAVICLE Immobilizer | | |
| | | CERVICAL COLLAR | | |
| | | CATH-Drainage Set | | DIAGNOSIS |
| | | CLEAN CATCH | | |
| | | WOUND CHECK | | |
| | | Minor Wound SUTURE | | |
| | | Major Wound SUTURE | | |
| | | CPR | | |
| | | MULTIPLE TRAUMA | | |
| | | MEDS | | ESTIMATED RETURN TO WORK DATE |
| | | Misc.-Specify | | |

F-808 Rev. 6/79

| PATIENT INSTRUCTIONS | DISPOSITION | FOLLOW-UP PLAN | CONDITION ON DISCHARGE |
|---|---|---|---|
| | | | □ IMPROVED |
| | | | □ UNIMPROVED |

I CERTIFY THAT I UNDERSTAND THE INSTRUCTIONS GIVEN ME

_____ _____ _____ M.D.

PATIENT'S SIGNATURE    PHYSICIAN'S SIGNATURE    PHYSICIAN'S NAME (Must Print Clearly)

EMERGENCY SERVICE VISIT RECORD — ADDENDUM
YALE-NEW HAVEN HOSPITAL

OPEN SOFT TISSUE INJURIES

(Complete form for most serious wound — use
Remarks Section for additional data)

Name: 1027505

Birthdate: CRUZ LUIS  9/30/72

Unit Number: 280 PORTCA ST N

- VISIT DATE  11/6
- TIME SINCE INJURY  16r
- TETANUS IMMUNIZATION
  1 ☒ < 5 yrs.  2 ☐ ≥ 5 yrs.  3 ☐ uncertain
- DRUG ALLERGIES
  1 ☒ none        3 ☐ other_____
  2 ☐ penicillin
- HISTORY OF INJURY:

  fell hitting head in school

- LOCATION OF INJURY:

  post. cranium

- ESTIMATED BACTERIAL CONTAMINATION
  1 ☒ low (e.g. glass, knife)
  2 ☐ moderate (e.g. pavement, wood)
  3 ☐ high (e.g., barnyard, sewer)
- WOUND DESCRIPTION
  Type of Injury
  1 ☒ cutting laceration   5 ☐ amputation
  2 ☐ tearing laceration   6 ☐ puncture wound
  3 ☐ crushing laceration  7 ☐ abrasion
  4 ☐ avulsion             8 ☐ other_____

  Dimensions: _____1/2_____ cm

  Deepest Tissue Involved
  1 ☒ superficial dermis  4 ☐ fascia
  2 ☐ deep dermis         5 ☐ muscle
  3 ☐ subcutaneous        6 ☐ periosteum

  Flaps & Tissue Loss
  1 ☒ none               5 ☐ multiple flaps
  2 ☐ proximal based     6 ☐ signif. tissue loss
  3 ☐ distal or lateral based

  Distal Neurovascular Exam:

    ō WNL

  Distal Musculoskeletal Exam:

    ō WNL

  Foreign Material/Devitalized Tissue:

    ō

- CONSULTS FOR WOUND:

    ō

- WOUND TREATMENT
  Anesthetic
  1 ☒ xylocaine, plain
  2 ☐ xylocaine with epinephrine
  3 ☐ other: _____

  Prep              soln      scrub
  in wound          ☑          ☐
  around wound      ☑          ☐
                    1          2

  Irrigation:

    NS

  Debridement:

    ō

  Closure
  3 ☒ closed with sutures (specify)
     skin (size, type, #)_____
     deep (size, type, #)_____
  2 ☐ closed with steri-strips
  1 ☐ left open

  Topical Antibiotic:

    staita polysporin

  Dressing:

    sterile

  Immobilization:

- MEDICATIONS GIVEN IN ES
  1 ☐ tetanus toxoid
  3 ☐ antibiotic:_____
     ☐ other:_____
        None

- PRESCRIPTIONS (drug, dose, schedule):

    None

- DISCHARGE INSTRUCTIONS
  1 ☐ keep elevated
  2 ☒ keep dressing dry
  3 ☐ dressing change prn
  4 ☐ change dressing  #2  x/day
  7 ☐ med. use
  8 ☐ other:_____

- FOLLOW-UP PLAN FOR WOUND
  1 ☐ return prn
  3 ☐ appt in  2  days
     to_____
     purpose:_____
  6 ☐ admit
  10 ☐ other:_____

DIAGNOSIS:  head lac

REMARKS:

_____Bachelle_____
PROVIDER

NICHOLS, LUIS   I02-75-05
180 PORTSEA ST NEW HAVEN 06519
9MYG-72 DIMINGO BMS CL
MILDRED MQ
Birthday:
Unit #:

EMERGENCY SERVICE FOLLOW-UP RECORD   NOV 9 1979

YALE - NEW HAVEN HOSPITAL

SOFT TISSUE WOUNDS: LACERATIONS, BURNS, ABRASIONS, INFECTIONS
(Complete form for most serious wound - use
Remarks Section for additional data)

# DANA SURGICAL

## ALL CASES

* DATE 11/9/79

* WOUND ERYTHEMA

wound edge
☑ minimum (0-2 mm)
☐ mild (3-5 mm)
☐ moderate (6-10 mm)
☐ severe (>10 mm)

* WOUND DRAINAGE
1 ☑ none
2 ☐ serous (clear)
3 ☐ serosanguenous
4 ☐ pus
5 ☐ other: _____

* OTHER EVIDENCE OF INFECTION
1 ☑ none
2 ☐ cellulitis
3 ☐ lymphangitis
4 ☐ fluctuance
5 ☐ pus
6 ☐ fever
7 ☐ lymphadenopathy
8 ☐ other: _____

* PATIENT'S ASSESSMENT OF INJURY/INFECTION

| | + | + | = Δ | none | unknown |
|---|---|---|---|---|---|
| redness | ☐ | ☐ | ☐ | ☑ | ☐ |
| swelling | ☐ | ☐ | ☐ | ☑ | ☐ |
| tenderness | ☐ | ☐ | ☐ | ☑ | ☐ |
| | 1 | 2 | 3 | 4 | 5 |

Complete appropriate section. Patient's initial ES visit was for:

## ☐ LACERATION

* SUTURE ABSCESS PRESENT?
1 ☑ no   2 ☐ yes   3 ☐ not appl.

* WOUND SPREADING, DEHISCENCE OR NECROSIS OF MARGINS?
1 ☑ no   2 ☐ yes

* IS WOUND HEALING SATISFACTORY?
☑ yes   2 ☐ no

* SUTURES OUT TODAY?
1 ☑ no   3 ☐ all
2 ☐ some   4 ☐ not applicable

* WOUND STERI-STRIPPED?
1 ☑ no   2 ☐ yes

* EVIDENCE OF DEEP STRUCTURE INJURY
1 ☑ no
2 ☐ yes: _____
_____
_____

## ☐ BURN/ABRASION

* IS WOUND "CLEAN" (FREE OF ALL DEAD TISSUE/EXUDATE)?
1 ☐ yes   2 ☐ no   3 ☐ uncertain

* IS ESCHAR PRESENT?
2 ☐ no   1 ☐ yes   3 ☐ uncertain

* Dx BURN WOUND THICKNESS NOW
1 ☐ full   2 ☐ deep 2°   3 ☐ superf 2°

* IS XEROFORM/SCARLET RED ADHERENT
1 ☐ yes   2 ☐ no   3 ☐ not applicable

* % OF WOUND EPITHELLIALIZED
1 ☐ <90%   2 ☐ 90-99%   3 ☐ 100%

## ☐ INFECTION

* STATUS OF PREVIOUS I & D
1 ☐ not done
2 ☐ healed
3 ☐ still open
4 ☐ packing removed

## ALL CASES

* DONE TODAY
1 ☐ I & D
2 ☐ debridement
3 ☐ packing of wound
4 ☐ placement of drain
5 ☐ dressing applied
6 ☐ splint applied
7 ☑ none

* RETURN TO WORK
in (est.) ___ days

* CURRENT MANAGEMENT

| | continued | started | stopped | drug or dose change |
|---|---|---|---|---|
| systemic antibiotic | ☐ | ☐ | ☐ | ☐ |
| topical antibiotic | ☐ | ☐ | ☐ | ☐ |
| soaks | ☐ | ☐ | ☐ | |
| elevation | ☐ | ☐ | ☐ | |
| immobilization | ☐ | ☐ | ☐ | |
| scarlet red | ☐ | ☐ | ☐ | |
| xeroform | ☐ | ☐ | ☐ | |
| | 1 | 2 | 3 | 4 |

* CONSULTS OBTAINED
1 ☑ no
2 ☐ yes: _____

* LABORATORY TESTS OBTAINED TODAY
1 ☑ no
2 ☐ yes: _____

* X-RAYS OBTAINED TODAY
1 ☑ no
2 ☐ yes: _____

* DISPOSITION PLAN
1 ☑ D/C without F/U (return prn)
2 ☐ ES clinic (or ES) in ___ days
3 ☐ ___ days to clinic: _____
4 ☐ ___ days to pvt. MD: _____
5 ☐ admit
6 ☐ other: _____

DIAGNOSIS: 5 days s/p head lac

REMARKS:

Loving PAS / KM Sheu

white copy — medical record
yellow copy — data collection

| Desc. | PATIENTS CHIEF COMPLAINT | | | | | | | EMERGENCY SERVICE |
|---|---|---|---|---|---|---|---|---|
| | L EYEBROW LACERATION | | | | TRIAGED TO | | Yale New Haven Hospital | VISIT RECORD |

**PROCEDURE**

| | | | | |
|---|---|---|---|---|
| Wound Ck. | | | TRIAGED TO | SURG-N |

| PATIENT NAME | LAST NICHOLS | FIRST LUIS | MIDDLE | MAIDEN | TRIAGE TIME 0025 | TIME IN 0053 | PREV. HOSP. VISIT ☒YES ☐NO | VISIT DATE 08/26/89 | UNIT NUMBER 102750 |
|---|---|---|---|---|---|---|---|---|---|

- Min.Op. (<5 Sut)
- Maj OP. (>5 Sut)

| DOB 09/30/197_ | AGE 16 | RACE B | SEX M | MAR ST S | PERM. PHONE NO. 203 562-2861 | INS. TYPE SELF PAY |
|---|---|---|---|---|---|---|

| ADDRESS 184 PORTSEA ST | RELIGION OTHER | OTHER PHONE NO. 0 000-0000 |
|---|---|---|

| NEW HAVEN CT 06519 | EMPLOYER STUDENT | SOC. SEC. NO. 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 |
|---|---|---|

- J Mult. Trauma
- CPR
- B Med Ser Fee

| EMERGENCY NOTIFY OTHER VALERIE LADSON | EMERGENCY PHONE NO. 203 562-397_ | USOMC ROSEN MODE OF ARRIVAL WALKIN | DKH |
|---|---|---|---|

**SURG SUPP.**

- Bulky Burn Dressing
- Ox Mask, Cannula
- Endo. Tube
- Lumbar Pun. Set
- Pleuro-Cav. Drainage
- Clean Catch Container
- Urinary Dr. Set
- Elast Edge
- Pacing Needle

| PREHOSPITAL TREATMENT | TRIAGE INTERVENTIONS: | ☐ICE | ☐DSSGS | ☐OTHER: |
|---|---|---|---|---|
| | MEDS: | | | |

| INITIAL VITAL SIGNS | TIME 0115 | T | P 92 | R 20 | B/P 996 | ALLER None Claimed | D.T. ☐ | RN SIGNATURE Sophra Sullivan GN | VALUABLES ☐Y ☐N | FAMILY SECUR |
|---|---|---|---|---|---|---|---|---|---|---|

SEP 07 1989

**DOCTORS ORDERS**

**HISTORY & PHYSICAL EXAM** / **TIME SEEN**

Assault to GF brother w/ bat c foot → ⊕ eye brow
SLOC
Needs tet

Exp 3cm LA above ⊕ eye brow →
EOMI   nc/at
Neuro intact

1% LidOc
Bet_____ Sol_____

| CVP Line Manometer |
| EKG Mon. Lead Pads |
| Cantor Tube |
| Miller Abb. Tube |
| Catheter (Foley) |
| C Lumbar Punc-C |

**MEDICATIONS**
- F Medic.
- I.V. Set-up

**ORTHO-CASTS**
- OF Full Cast Adult
- CH Sp/Half Cast Adult
- CP Full Cast Child
- Sp/Half Cast Child

| GLASGOW COMA SCALE | TRAUMA SCORE | ☐CBC | ☐DIFF | | ☐ABG'S | | CULTURES |
|---|---|---|---|---|---|---|---|
| ☐AGE | ☐AMYL | ☐LIPASE | ☐PLTS | ☐ESR | ☐ECG | | ☐THROAT |
| ☐ETOH | ☐TOX SCR | ☐UA | | ☐XRAY | REVIEWED WITH RADIOLOGIST | ☐BLOOD |
| ☐LYTES | | ☐PT | ☐BETA PREG | | | ☐URINE |
| | | ☐PTT | ☐UA PREG | | | ☐SPUTUM |
| | | ☐T+C | TIME SENT: | INITIALS | | |

| DIAGNOSIS TIER 4 | Eyebrow LAC | PT. INSTRUCTIONS |
|---|---|---|
| TREATMENT | Sutured LAC # 7-8 73_2 9938 0881 | DISP ☐IMPROVED ☐UNCHANGED CONDITION / BACK TO W ☐YES |
| | | FOLLOW UP PLAN |

- Cock-up Splints
- Crutches
- Cane
- Immob.-Velpro
- Wrist/Fore-arm Splint
- Sling
- Phil. Collar
- Cer. Collar

I CERTIFY THAT I CLEARLY UNDERSTAND THE INSTRUCTIONS GIVEN ME

UNIT NO.
NAME *Nichols Luis*
ADDRESS
BIRTH DATE *9 ⟨20⟩ 72*

YALE NEW HAVEN HOSPITAL
EMERGENCY SERVICES

TRIAGE AND PROGRESS NOTES

*1027505    Mildred*

362-
2861   #1

TRIAGE *Deyebrow laceret* DATE *8/25/89* TIME *0625*

ARRIVED BY: AMBULANCE _____ CAR ____ WALK IN ____ OTHER ____

IV AUTHORIZED FOR PRE-HOSPITAL CARE    YES ____ NO ____

*Lac.*

CLINICAL DATA: *? Lucs T.T.*
*(s) passault : small laceration above ® eye-*
*bleeding controlled. awake, alert, oriented,*
*(x 06)*
*meds - none claimed                      1P. breden.*

BP _____     TPR _____     ALLERGIES *none claimed*

PRIORITY ASSIGNMENT:*     E ____ U ____ NU ✗

SERVICE:  MED ____ ⟨SURG⟩ ____ OB/GYN ____ PEDI ____ PSYCH ____

PHYSICIAN NOTIFIED:  YES ____ NO ____ NAME: _____

TRIAGE NURSE: *Linda Nunnoze*
SIGNATURE

| TIME | VITAL SIGNS | |
|------|-------------|---|
| | 0110 | *administration approval to treat* |
| 0115 | 140/8-92-20 | *obtained from Suzanne Bayle RN* |
| | 99% p0 | *ast clinical administrator. Unable* |
| | | *to contact parents. mother out* |
| | | *of town. No answer @ home phone* |
| | | *Linda Nunnoze* |
| 0130 | | *Tetanus to ® deltoid. Siddhi Sullivan* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | PATIENTS CHIEF COMPLAINT | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Desc. | SUTURE REMOVAL | | | | VISIT RECORD | | |

SURG-N ...... Hospital

**PROCEDURE**

| WC | Wound Ck. |
| OM | Min.Op. (<5 Sut) |
| OP | Maj.Op. |
| MU | Multi.Trauma |
| CD | |
| MS | Med Service |

**ED/SURG SUPP.**

| BD | Bulky Burn Dressing |
| | Medium Mask Cannula |
| ET | Endotr. Tube |
| | Angular Punc. Set |
| PS | Pleuro-Cav. Drainage |
| SU | Clean Catch Container |
| US | Urinary Dr. Set |
| | Elast Bdge |
| CO | Pacing Needle |
| | CVP Line Manometer |
| | EKG Mon. Lead Pads |
| | Cantor Tube |
| | Miller Abb. Tube |
| | Catheter (Foley) |
| LC | Lumbar Punc-C |

**MEDICATIONS**

| AF | Medic. |
| JE | I.V. Set-up |

**ORTHO-CASTS**

| CF | Full Cast Adult |
| CH | Sp/Half Cast Adult |
| CF | Full Cast Child |
| CL | Sp/Half Cast Child |

**ORTHO-SOFT GOODS**

| AB | Ace |
| CS | Clavical Strap |
| SH | Cock-up Splints |
| | Cast Boot |
| CR | Crutches |
| | Cane |
| SF | Finger Splint |
| SK | Immob.- Knee |
| SS | Immob.- Shoulder |
| SV | Immob.- Velpro |
| | Wrist/Fore-arm Splint |
| SM | Sling |
| PC | Phil. Collar |
| CC | Cer. Collar |

| PATIENT NAME | LAST NICHOLS | FIRST LUIS | MIDDLE | MAIDEN | TRIAGE TIME 0900 | TIME IN 0920 | PREV. HOSP. VISIT [X] YES [ ] NO | VISIT DATE 08/29/89 | UNIT NUMBER 1027505 |

| DOB 9/30/1972 | AGE 16 | RACE B | SEX M | MAR ST S | PERM. PHONE NO. 203 562-2861 | INS. TYPE SELF PAY |

ADDRESS 184 PORTSEA STREET   RELIGION OTHER   OTHER PHONE NO. 0 000-0000

NEW HAVEN    CT 06519   EMPLOYER STUDENT   SOC. SEC. NO. 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

EMERGENCY NOTIFY OTHER
VALERIE LADSON

EMERGENCY PHONE NO. 203 562-3970

USOMC ROSEN
MODE OF ARRIVAL AUTOMOBILE

BM

/25  08/26/89   LAST TIME AND DATE PATIENT WAS IN E/R

PRESENT MEDICATIONS

RN

**PREHOSPITAL TREATMENT** | **TRIAGE INTERVENTIONS** [ ] ICE [ ] DSSGS [ ] OTHER:   MEDS:

**INITIAL VITAL SIGNS** | TIME | BP | P | R | T | ALLER | D.T. [ ] | R.N. SIGNATURE | VALUABLES [ ]Y [ ]N | FAMILY SECUR

HISTORY & PHYSICAL EXAM | TIME SEEN

INDEXED

SEP 11 1989

16 yo 4 dys S/P suture to (L) forehead
here for suture removal

PE — wound clean 1° signs of infection
Healing well

| | | | GLASGOW COMA SCALE | TRAUMA SCORE | CBC | DIFF | | ABG'S | | CULTURE |
| | | | AMYL | LIPASE | | PLTS | ESR | ECG | | [ ] THROAT |
| | | | ETOH | TOX SCR | | UA | | XRAY | REVIEWED WITH RADIOLOGIST | [ ] BLOOD |
| | | | LYTES | | | BETA PREG | | | | [ ] URINE |
| | | | | | PT | UA PREG | | | | [ ] SPUTU |
| | | | | | PTT | TIME SENT: | | | | [ ] |
| | | | | | T+D | INITIALS | | | | [ ] |

**DIAGNOSIS**
TIER   S/P (L) forehead VLC
US 83
U6759

**TREATMENT**
Suture removal
Skin strips placed

1st strips fall off

DISP Home   CONDITION [ ] IMPROVED [ ] UNCHANGED   BACK TO WO [ ] YES [ ]
FOLLOW UP PLAN   PRN

PT. INSTRUCTIONS

I CERTIFY THAT I CLEARLY UNDERSTAND THE INSTRUCTIONS GIVEN ME

PATIENT'S SIGNATURE         HEALTH CARE PROVIDER SIGNATURE    NAME (PRINT CLEARLY)    M.D. RESPONSIBLE FOR DISPOSITION

#6

4

UNIT NO.
NAME      LUIS NICKOLS
ADDRESS
BIRTH DATE  9/30/72

YALE NEW HAVEN HOSPITAL
EMERGENCY SERVICES

TRIAGE AND PROGRESS NOTES

TRIAGE  SUTURE REMOVAL  DATE  8/29/89   TIME  9AM

ARRIVED BY: AMBULANCE  ___+___   CAR ____ WALK IN _____ OTHER ____

IV AUTHORIZED FOR PRE-HOSPITAL CARE       YES _____ NO _____

CLINICAL DATA: _____ on (L) Eyebrow _____

BP _____   TPR _____   ALLERGIES  Ø known Allergies

PRIORITY ASSIGNMENT:*       E ____   U ____   (NU)

SERVICE:   MED ____  (SURG) ____  OB/GYN ____ PEDI ____ PSYCH ____

PHYSICIAN NOTIFIED:   YES ____  NO ____  NAME: _____

TRIAGE NURSE: _____ Deborah A Marlingan
                         SIGNATURE

| TIME | VITAL SIGNS | |
|------|-------------|---|
| 0955 | 118/72 - 76  12 | Pt states here for suture removal. — M. Blanted |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | Desc. | PATIENT'S CHIEF COMPLAINT | | | | EMERGENCY SERVICE VISIT RECORD |
|---|---|---|---|---|---|---|

HEADTRAUMA
TRIAGED TO | SURG-E

| PROCEDURE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WC | Wound Ck. | PATIENT NAME | LAST NICHOLS | FIRST LUIS | MIDDLE | MAIDEN | TRIAGE TIME 1545 | TIME IN 1622 | PREV. HOSP. VISIT [X] YES [ ] NO | VISIT DATE 04/23/90 | UNIT NUMBE 1027505 |
| OM | Min.Op. (< 5 Sut) | | | | | | | | |

DOB 09/30/1972  AGE 17  RACE B  SEX M  MAR S  PERM. PHONE NO. 203 562-2861  INS. TYPE SELF PAY

ADDRESS 180 PORTSEA ST  RELIGION OTHER  OTHER PHONE NO. 0 000-0000

NEW HAVEN   CT 06511  EMPLOYER STUDENT  SOC. SEC. NO. 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

EMERGENCY NOTIFY MOTHER    MILDRED  NICHOLS  EMERGENCY PHONE NO. 203 562-2861  USOMC NONE   MODE OF ARRIVAL NEW HAVEN   NS

PRESENT MEDICATIONS

TRIAGE NOTES

PREHOSPITAL TREATMENT | TRIAGE INTERVENTIONS: [ ] ICE [ ] DSSGS [ ] OTHER:
MEDS:

RN

INITIAL VITAL SIGNS | TIME | BP | P | R | T | ALLER | D.T. [ ] | R.N. SIGNATURE | VALUABLES [ ]Y [ ]N | FAMILY SECUR

DOCTORS

tylenol ṻ p.o.          "

HISTORY & PHYSICAL EXAM. | TIME SEEN 16:10

PC  17 y o b ♂ s/p domestic violence hit c̄ baseball bat @ ⊥ forehead ⊕ LOC 5 min post injury

PE  hematoma  6 cm by 3 cm ⊥ forehead; hematoma ⊕ upper eye lid.
HEENT: ∅ neck tenderness; FROM; C₂ - C₁₀ checked / intact
AAO+3;  abrasion over hematoma;  tympanic membrane bilat clear;
full visual field

head CT cleared by neurosurgery

INDEXED
APR 27 1990

| CULTURES |
|---|
| [ ] THROA |
| [ ] BLOOD |
| [ ] URINE |
| [ ] SPUTUM |

GLASGOW COMA SCALE | TRAUMA SCORE | [ ] CBC | [ ] DIFF | [ ] ABG'S
AMYL | LIPASE | | [ ] PLTS  [ ] ESR | [ ] ECG
ETOH | TOX SCR | | [ ] UA | [X] XRAY  head ET  REVIEWED WITH [ ] RADIOLOGIST
LYTES | | | [ ] PT | [ ] BETA PREG | cleared c̄ neurosurgery
| | | [ ] PTT | [ ] UA PREG
| | | [ ] T+C | TIME SENT: | INITIALS

DIAGNOSIS | hematoma ⊥ forehead
TIER

PT. INSTRUCTIONS  After Care ™ instruction

TREATMENT | none

G 20
8 501

DISP home  CONDITION [ ] IMPROVED [X] UNCHANGED  BACK TO WO [ ] YES [X]
FOLLOW UP PLAN  RT ER 4-25-90

I CERTIFY THAT I CLEARLY UNDERSTAND THE INSTRUCTIONS GIVEN ME

P. V    Kaltwasser  P. V

UNIT NO.
NAME          _Nichols_
ADDRESS
BIRTH DATE    _Luin_
              _9/20/72_

_1027505_

YALE NEW HAVEN HOSPITAL
EMERGENCY SERVICES

TRIAGE AND PROGRESS NOTES

865- 3818
Hilda

TRIAGE _general trauma_    DATE _4/23/90_    TIME _15:45_

ARRIVED BY: AMBULANCE _509_    CAR ____    WALK IN ____    OTHER ____

IV AUTHORIZED FOR PRE-HOSPITAL CARE    YES ____    NO ____

CLINICAL DATA: _17 y.o male hit on head c̄_
_BB bat ? ↓ loc ; C+O x3 c̄ pain of head_
_⊖ neuro sx ; collar & board & O₂._

BP _130/90_    TPR _80 - 20_    ALLERGIES ____

PRIORITY ASSIGNMENT:* E    U ____    NU ____

SERVICE:    MED ____    SURG ____    OB/GYN ____    PEDI ____    PSYCH ____

PHYSICIAN NOTIFIED:    YES ____    NO ____    NAME: _____

TRIAGE NURSE: _Stephanie Mercker_
SIGNATURE

| TIME | VITAL SIGNS | |
|------|------|------|
| 1600 | 100/84 | 84 |
|      | 22 |  |

- 17 y old male hit on the
head c̄ baseball bat C/o head pain
no c̄ neck pain - ER doctor
examing pt. removed collar
pt able to move neck s̄
pain - pt also removed from
back board by dr. pt sat
up by Dr. - pt has bump on
Ⓡ side of forehead ice applied
no head laceration noted
pt remembers all events.
_Patricia Ferenbach_

According to pt he was hit by
his step-father - Socialworker

| TIME | VITAL SIGNS | |
|------|-------------|--|
| 16¹⁵p. | | notified, Attempted to call Aunt - Pt waiting CT Scan - |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**YALE-NEW HAVEN HOSPITAL**

**HISTORY AND
PROGRESS NOTES**

UNIT NO. HOL/ 102 75 05 5 05
NAME w Flores Luis
180 PORTSEA ST
04/30/72    BHS 562-2861
ADDRESS New Haven CT

BIRTH DATE 9/20/72

(If handwritten, record name, unit no., and birth date)

| DATE | |
|------|---|
| | Social work note |
| 5:15pm | The pt was referred by Triage for a sw assessment |
| | The pt is a 17 year old Black adolescent who was brought in by ambulance after he was put in the head by his stepdad. However, when I attempted to talk with the pt, he was transported to cat scan. I attempted to look for his aunt but could not find her. |
| | Acc to staff, police are trying to find his stepdad to arrest him |
| | Plan: I will attempt to interview the pt later on |
| | Shaun Davis, M.S.W. |
| | Addendum |
| | The pt, maternal aunt Yda Hudson, and cousin Helene Hudson 28 years old were seen. Acc to the pt, he was talking with his mom. Step dad intervened an argument ensued |

DATE

stepdad pushed the pt, he pushed back; The pt attempted to avoid an alteration by leaving the house. another maternal aunt attempted to intervene when mr. Winslow Jackson hit the maternal aunt in the chest and hit the pt in the head.

The pt fainted when she pt attempted to get help. The pt's mom was at home at the time. She was recently released from the hospital after having a heart attack or a stroke. However all the family members, do will not stay up against this man. The police were called & are looking for the stepdad at this time.

The pt is fearful of returning home. I attempted to encourage the maternal aunt or cousin to allow the pt to stay there. However they are unable to care for the pt at this time.

Plan: (1) I notified DCYS Babbie Care Line.
(2) pt is in need of placement