SURG-E

Yale New Haven Hospital

1027505
NICHOLS, LUIS
DOB: Sep-30-72

## Diagnostic Imaging Consultation

Report Date: Apr-24-90
Responsible Physician:

   KALTWASSER, PETER

928780   Apr-23-90  7:31 PM  Requested by: JOHN, DAVID
   CT SCAN BRAIN WITHOUT CONTRAST
   CNBW

Diagnosis:
S/P TRAUMA TO HEAD

---

CT SCAN OF THE BRAIN WITHOUT CONTRAST:

No prior studies are available. Serial axial images were obtained from the brain at 10 mm intervals from the base of the skull to the vertex.

There is soft tissue swelling over the left frontal region. No fractures are seen. The paranasal sinuses are well-aerated. The mastoid air cells are well-aerated.

There is no abnormal extra-axial fluid collection. There is no hemorrhage, mass affect, or hydrocephalous. No focal abnormalities of the brain are identified.

IMPRESSION:

1. Soft tissue swelling over the left frontal scalp.

2. Normal nonenhanced CT scan of the brain.


Patrick Oliverio, M.D.
05 Richard Bronen, M.D.

Transcribed on: Apr-24-90   5:07 PM by Michelle Linsley



928780

MEDICAL RECORD COPY

F-2843 (NEW 3/84)

# EMERGENCY SERVICE VISIT RECORD

**Yale New Haven Hospital**

| | |
|---|---|
| PATIENT'S CHIEF COMPLAINT | S/P HEAD INJURY |
| TRIAGED TO | SURG-N |
| VISIT DATE | 04/28/90 |
| UNIT NUMBER | 102750 |

| PATIENT NAME | LAST: NICHOLS | FIRST: LUIS | MIDDLE | MAIDEN |
|---|---|---|---|---|
| TRIAGE TIME | 1518 | TIME IN | 1531 | PREV. HOSP. VISIT: YES |

- DOB: 09/30/1972
- AGE: 17
- RACE: B
- SEX: M
- MAR ST: S
- PERM. PHONE NO.: 203-562-2861
- INS. TYPE: SELF PAY
- ADDRESS: 180 PORTSEA ST, NEW HAVEN CT 06511
- RELIGION: OTHER
- EMPLOYER: STUDENT
- OTHER PHONE NO.: 0-000-0000
- SOC. SEC. NO.: 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
- EMERGENCY NOTIFY: MOTHER MILDRED NICHOLS
- EMERGENCY PHONE NO.: 203-562-2861
- USOMC: NONE
- MODE OF ARRIVAL: AUTOMOBILE

5/45  04/23/90  LAST TIME AND DATE PATIENT WAS IN E/R

**HISTORY & PHYSICAL EXAM** — TIME SEEN 19:28

PC: 17 y.o. ♂ 6 days post assault c̄ hematoma ® forehead (aye?)
c/o swelling

PE: hematoma well resolved; swelling completely down

HEENT: AAOx3; AT/NC; ⊖ lacs, abrasions, PERRL,
C₁-C₁₂ checked/intact; full vision

INDEXED  MAY 2 1990

**DIAGNOSIS:** head trauma

**TREATMENT:** reassurance

**PT. INSTRUCTIONS:** has to go back to school on monday

DISP: home
CONDITION: ☒ IMPROVED ☐ UNCHANGED
BACK TO WORK: ☒ YES

HEALTH CARE PROVIDER SIGNATURE: Koltwasse P.
M.D. RESPONSIBLE FOR DISPOSITION

**YALE NEW HAVEN HOSPITAL**
**EMERGENCY SERVICES**

**TRIAGE AND PROGRESS NOTES**

UNIT NO. — Nichols Lois
NAME
ADDRESS — 1027505
BIRTH DATE

9-30-72 Mildred

TRIAGE S/P head inj.    DATE 4/29    TIME 3⁴⁹

ARRIVED BY: AMBULANCE ____ CAR ____ WALK IN ____ OTHER ____

IV AUTHORIZED FOR PRE-HOSPITAL CARE   YES ____ NO ____

CLINICAL DATA: hit c̄ baseball bat — Monday
now c̄ headache + swelling forehead

BP _____  TPR _____  ALLERGIES _____

PRIORITY ASSIGNMENT:*  E ____  U ____  NU  X

SERVICE: MED ____ SURG ✓ OB/GYN ____ PEDI ____ PSYCH ____

PHYSICIAN NOTIFIED: YES ✓ NO ____ NAME: _____

TRIAGE NURSE: _____
SIGNATURE

| TIME | VITAL SIGNS | |
|---|---|---|
| | 3⁴⁹p | Mother (Alba Ladson) — (mother) permission aunt (Alba Ladson) — Mother — c̄ CVA unable to speak.) permission to Rx |
| 5⁰⁰p | 17 yo B♀ | to ER c/o As ASAP — 124/84  84  16-20  po 98⁴ |
| | VS on arrival | |
| | Meds/Hx — | None currently |
| | Allergies — | NKDA                         p.nucle |

* E = EMERGENT    U = URGENT    NU = NONURGENT

# EMERGENCY SERVICE VISIT RECORD
## Yale-New Haven Hospital

**PATIENT'S CHIEF COMPLAINT:** O.D. / TRIAGED TO: A/B ACUTE

| PATIENT NAME | LAST: NICHOLS | FIRST: LUIS | MIDDLE: | MAIDEN: | TRIAGE TIME: 1305 | TIME IN: 1323 | PREV. HOSP. VISIT: YES | VISIT DATE: 03/25/92 | UNIT NUMBER: 1027505 |

- DOB: 09/30/1972
- AGE: 19
- RACE: B
- SEX: M
- MAR ST: S
- PERM. PHONE NO.: 203 562-2819
- INS. TYPE: SELF PAY
- ADDRESS: 180 PORTSEA ST, NEW HAVEN CT 06519
- RELIGION: OTHER
- EMPLOYER: WENDY'S
- OTHER PHONE NO.: 0 000-0000
- SOC. SEC. NO.: 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
- EMERGENCY NOTIFY: MOTHER — MILDRED NICHOLS
- EMERGENCY PHONE NO.: 203 562-2819
- USOMC: NONE
- MODE OF ARRIVAL: NEW HAVEN

**DOCTORS ORDERS:** SELF PAY

INDEXED APR 01 1992

**HISTORY & PHYSICAL EXAM / TIME SEEN:** PAT STATES UNSURE OF MED COV

19 yo B ♂ took ~ (10) 500mg tabs of Ampicillin today to try to "kill myself". He denies any prior attempts, of med hx. denies IVDU, ETOH. Denies taking any other drugs.

R/ Gen - A+O x3
Lungs clear
Cor S₁ S₂ clear
Abd benign
Ext Edema —

Cleared for CIU

**DIAGNOSIS:** Suicide Attempt  9600
**TIER:** 2
**TREATMENT:** 4   8856
                   3094

HEALTH CARE PROVIDER SIGNATURE / M.D. RESPONSIBLE FOR DISPOSITION

# Disposition/Insurance Form

Unit No: 1027505   Patient Name: Nichols Luis   Date: 3-25-97

If an insured patient was referred to a hospital other than YNHH or YPI, please indicate why:

___ 01 - No beds available at YNHH
___ 02 - No beds available at YPI
___ 03 - No beds available at either YNHH/YPI
___ 04 - Patient Refused by YNHH:
   Name of Person Refusing:_____

   Why Refused:_____
___ 05 - Patient Refused by YPI:
   Name of Person Refusing:_____

   Why Refused:_____
___ 06 - Patient Refused by both YNHH/YPI - (Enter Name of Person Refusing and Why Refused in 04 and 05 above)
___ 07 - Health Provider Contract
___ 08 - Family Request
___ 09 - Primary Substance/Alcohol Abuse
_✓_ 10 - Other (Specify--i.e., diagnosis inappropriate for YNHH/YPI):
_____

** If hospitalized at YNHH or YPI, please indicate reason for preference:

| Hosp At: | _✓_None | ___MU-05 | ___MU-07 | ___MU-08 | ___YPI |
| --- | --- | --- | --- | --- | --- |
| | ___CMHC | ___CVH | ___HSR | ___ELM | ___HALL |
| | ___IOL | ___Other State | | ___Other Private | |

| Insurance: | _✓_None | ___BCBS | ___CHCP | ___Commercial |
| --- | --- | --- | --- | --- |
| | ___Connecticare | ___Oth HMO | ___PHS | |
| | ___Medicaid=Title 19 | ___Medicare | ___Unknown | |

DSM-III Codes (Specify Axis I Diagnosis):

___ 298.3 Acute Paranoid Disorder
_✓_ 309. Adjustment Disorders
___ 305.00 Alcohol Abuse
___ 303.90 Alcohol Dependence
___ 300.02 Anxiety Disorders
___ 294.8 Atypical or Mixed Organic Brain Syndrome
___ 296. Bipolar Disorder
___ 298.8 Brief Reactive Psychosis
___ 305.60 Cocaine Abuse
___ 304.20 Cocaine Dependence

___ 301.13 Cyclothymia
___ 294.10 Dementia
___ 300.4 Dysthymic Disorder
___ 300.15 Dissociative Disorders
___ 307. Eating Disorder
___ 296. Major Depression
___ 305.50 Opioid Abuse
___ 304.00 Opioid Dependence
___ 293. Organic Brain Syndrome
___ 290. Organic Mental Disorder
___ 305.90 Polysubstance Abuse

___ 304.90 Polysubstance Dependence
___ 309.89 Post Traumatic Stress D/O
___ 316. Psychological Factors Affecting Mental Cond
___ 298.90 Psychotic Disorder NOS (Atypical Psychosis)
___ 295.70 Schizoaffective Disorder
___ 295. Schizophrenic Disorders
___ 295.40 Schizophreniform Disorder
___ 300.18 Somatoform Disorders

___Other (Specify):_____

**NOTE: To be completed for all patients whether admitted or discharged**

**YALE NEW HAVEN HOSPITAL**
**EMERGENCY SERVICES**

**TRIAGE AND PROGRESS NOTES**

UNIT NO.  
NAME Louis Nichols  
ADDRESS P?? SEA ST  
 CT 06519  
BIRTH DATE 9-20-72  

AB Acute

TRIAGE O.D.  DATE 3-25-92  TIME 1305

ARRIVED BY: AMBULANCE SC12 ___ CAR ___ WALK IN ___ OTHER +

IV AUTHORIZED FOR PRE-HOSPITAL CARE   YES ___ NO ___

CLINICAL DATA: 19 y.o. Ampicillin depression overd  
500 / each; @ suicidal ideation  
pmH: ⊘ meds

BP _____  TPR _____  ALLERGIES NKA

PRIORITY ASSIGNMENT:*  E ___  U ___  NU ___

SERVICE: MED ___ SURG ___ OB/GYN ___ PEDI ___ PSYCH ___

PHYSICIAN NOTIFIED: YES ___ NO ___ NAME: _____

TRIAGE NURSE: _____ SIGNATURE

| TIME | VITAL SIGNS | |
|---|---|---|
| 1305 | 121/68, 72, 14 | searched by security, placed in 2 pt. restraints. Pt states he took ~10 pills of Ampicillin 500mg 20 mins ago. Pt. upset; crying. Andrew in C.I.U. notified of pt. Pt has a depressed affect. —Allnighter |
| 1410 | | pt medically cleared awaiting CIU bed —Anne Sullivan RN |
| 1550 | | CIU called - still no beds available yet. ⊗ |
| 1606 | | Psychiatrist talking c̄ pt. —Allnighter |
| 1800 | P60 110/70 97.2 /8 | Pt seated, held, walked, ⊘ mine. Pt anxious, c/o of ??? water for ???. Pt speaking c̄ ⊘ doctor. —Edna Scarella NP |
| 1900 | | |
| 1930 | | Pt D/C home c̄ brother, all belongings W. —Edna Scarella MFW |

*E = EMERGENT  U = URGENT  NU = NONURGENT

F-3310

Addressographm: 102-75-05
NICHOLS LUIS
[address] ST
CT 06519
[phone] 562-2919

YALE-NEW HAVEN HOSPITAL EMERGENCY SERVICES

# PSYCHIATRY RECORD

PAGE 1 (OF 3)

IN RESPONSE TO OPTIONS PLEASE CHECK OR CIRCLE **ONE** AND USE AVAILABLE SPACE FOR DESCRIPTION.

## DEMOGRAPHIC DATA

NAME (FIRST, MIDDLE, LAST): LOUIS NICHOLS
UNIT NO.: 102750B
DATE OF ARRIVAL (UNDER PSYCH. ER CARE)(dd MON YEAR):
TIME OF ARRIVAL (UNDER PSYCH. ER CARE) (MILITARY TIME):
AGE (YEARS): 9-20-72 / 19
SEX: ☑ M  ☐ F
RACE: ☐ WHITE  ☑ BLACK  ☐ HISPANIC  ☐ OTHER (SPECIFY)
MARITAL STATUS: ☐ MARRIED  ☑ NEVER MARRIED  ☐ WIDOWED  ☐ SEPARATED  ☐ DIVORCED
OCCUPATION (CURRENT): ☐ UNEMPL  ☑ STUDENT  ☐ HOMEMAKER  ☐ RET'D  ☐ DISAB.  ☑ EMPLOYED
VETERAN STATUS: ☐ VET  ☑ NON VET
EDUCATION (HIGHEST): ☐ POST GRAD  ☐ COLLEGE GRAD  ☐ SOME COLLEGE  ☐ HS  ☑ SOME HS  ☐ JR. HS  ☐ LESS THAN JUNIOR HS
LIVING SITUATION: ☐ HOMELESS  ☐ ALONE  ☐ SPOUSE/SIG. OTHER  ☑ FAMILY  ☐ STRUCTURED FACILITY  ☐ OTHER
ADDRESS AND ZIP: 180 Portsea St New Haven CT 06519
PHONE NO.:
RESPONSIBLE PERSON/RELATIONSHIP, ADDRESS AND PHONE NO.:
ECIP: ☐ NO  ☐ YES
INSURANCE STATUS: ☑ NONE  ☐ BC/BS  ☐ COMMERCIAL  ☐ MEDICARE  ☐ MEDICAID  ☐ UNKNOWN  No.

## HISTORY

REFERRAL SOURCE (NOT MODE OF TRANSPORT): ☐ SELF  ☐ FAMILY OR FRIENDS  ☐ THERAPIST  ☐ M.D.  ☑ ER  ☐ POLICE  ☐ COURTS  ☐ OTHER (SPECIFY)

CHIEF COMPLAINT: "I am depressed."

HISTORY OF PRESENT ILLNESS: 19 y/o African American male without prior formal psychiatric diagnosis presented to the ER c̄ suicidal gesture consisting of 10 ampicillin pills prescribed for his aunt. Patient denies prior suicidality and attempts, but describes increasing "pressure" relating to attending Wilbur Cross HS, working a "restaurant job" until midnight many nights, and charges at court for being involved in a "fight" in which he was defending himself. At present time patient states he is college bound and that circumstances of court appearance interfered with meeting for college bound students, and that a "reschedule" was impossible. Patient lives with his aunt & was seen me with his biological brother "John" who he describes as one of the few supports (aunts & adults he claims constantly put him down). His brother was "surprised" by these events, but denies any psychosis, or other odd and unusual behavior. No recent hx of depression.

CURRENT MEDS:

FORM #1403 Rev 7/89

MEDICAL RECORDS

Addressograph/Name

YALE-NEW HAVEN HOSPITAL EMERGENCY SERVICES

# PSYCHIATRY RECORD

PAGE 3 (OF 3)

## CONSULTATIONS

### DIAGNOSIS

AXIS   I   Adjustment D/O c̄ anxious mood

DIFFERENTIAL DX
II   none

DIFFERENTIAL DX
III   none

IV   0 ☐ NONE   1 ☐ MILD   2 ☑ MOD   3 ☐ SEV.   4 ☐ EXTREME   5 ☐ CATASTROPHIC

MEDICAL CONDITIONS   0 ☐ NO   1 ☐ YES

V   CURRENT GAF  70    PAST YEAR GAF  80

## TREATMENT PLAN

INITIAL DISPOSITION/PLAN  0 ☐ LEFT AMA OR WALKED OUT   1 ☐ DISCH.   2 ☐ OBSERVE   3 ☐ MEDICATE   4 ☐ OPT   5 ☐ VOL. HOSP.
6 ☐ INVOL. HOSP.   7 ☑ DAY HOSP.   8 ☐ GEN ER   9 ☐ POLICE   10 ☐ OTHER

PATIENT STATUS:   0 ☑ NO PEC   1 ☐ PHYSICIAN'S EMERGENCY CERTIFICATE   2 ☐ ALC-DETOX. PAPER   3 ☐ POLICE HOLD

PSYCH. MEDS:   0 ☑ NONE   1 ☐ ANTIPSYCH   2 ☐ ANTIDEPR.   3 ☐ LITHIUM   4 ☐ SED/BENZO   5 ☐ ANTI-CONV.   6 ☐ OTHER

NAMES & DOSES

THERAPIST/PHYSICIAN:   0 ☐ NONE   1 ☑ UNAVAILABLE/UNKNOWN   2 ☐ DISCUSSED WITH   NAME, TEL. NO.

FAMILY/SUPPORTS:   0 ☐ NONE   1 ☐ UNAVAILABLE/UNKNOWN   2 ☑ DISCUSSED WITH   NAME, TEL. NO. Brother John

PRESCRIPTIONS GIVEN

HOSPITALIZATION:   0 ☑ NONE   1 ☐ CMHC   2 ☐ CVH   3 ☐ OTHER STATE   4 ☐ YNHH   5 ☐ YPI   6 ☐ OTHER PRIVATE

DATE OF DEPARTURE (dd MON YEAR)  1930 - 3-25-92
TIME OF DEPARTURE (MILITARY TIME)
TIME SPENT UNDER PSYCH. ER CARE (HOURS)

(5'=.08, 10'=.17, 15'=.25, 20'=.33, 25'=.42, 30'=.50, 35'=.58, 40'=.66, 45'=.75, 50'=.83, 55'=.92)

DISPOSITION NOTE  Pt took impulsively several tabs in front of his girlfriend & then called the ambulance. Pt does not have Sx of depression. Pt has good support system (spoke c̄ John, his brother). Pt willing to come to CMHC in am to be seen by triage.

SIGNATURE  A. Durnell (Durnell)   DATE/TIME  3-25-92, 7:20

PLEASE ALSO SIGN ER FACE SHEET AT THE BOTTOM.  IF PATIENT IS OUTSIDE THE UNIT PLEASE RETURN A COPY OF THIS RECORD TO THE UNIT.

PLEASE FILE COPIES OF THIS RECORD, THE ER FACESHEET, ORDERS-SHEET/S AND LEGAL PAPER/S IN THE PSYCH. UNIT RECORDS.

FORM #1403-B Rev 7/89

Addressograph/Name

YALE-NEW HAVEN HOSPITAL EMERGENCY SERVICES

# PSYCHIATRY RECORD

PAGE 2 (OF 3)

LUIS
[illegible address]
CT 06519

**PAST PSYCHIATRIC AND SUBSTANCE ABUSE HISTORY:**
- PAST PSYCH. TREATMENT: 0 ☑ NONE  1 ☐ OUTPATIENT  2 ☐ INPATIENT  3 ☐ BOTH _____
- PAST SUBSTANCE ABUSE TREATMENT: 0 ☑ NONE  1 ☐ OUTPATIENT  2 ☐ INPATIENT  3 ☐ BOTH _____
- CURRENT CLINICIAN: 0 ☑ NO  1 ☐ YES  NAME _____ TEL. NO. _____
- PAST PSYCH. MEDS: 0 ☑ NONE  1 ☐ ANTIPSYCH.  2 ☐ ANTIDEPR.  3 ☐ LITHIUM  4 ○ SED/BENZO  5 ☐ ANTICONV.  6 ☐ OTHER
- AGE OF ONSET _____ NO. OF HOSPITALIZATIONS _____

- SUBSTANCES ABUSED: 0 ☐ NONE  1 ☑ ALCOHOL  2 ☐ CANNABIS  3 ☐ COCAINE  4 ☐ NARCOTICS  5 ☐ SED/BENZO  6 ☐ HALLUCINOGENS  7 ☐ STIMULANTS  8 ☐ OTHER
- SEVERITY OF ABUSE: 0 ☑ NONE  1 ☐ MINIMAL  2 ☐ MODERATE  3 ☐ HEAVY
- DURATION: 0 ☑ NONE  1 ☐ <1 YR  2 ☐ 1-3 YRS  3 ☐ 4-10 YRS  4 ☐ >10 YRS

**SOCIAL AND DEVELOPMENTAL HISTORY:**
- ABNORMAL MILESTONES: 0 ☑ NO  1 ☐ YES _____
- SEP./LOSSES: 0 ☐ NO  1 ☑ YES mother in Dominican Republic
- PHYS./SEX. ABUSE: 0 ☑ NO  1 ☐ YES _____
- CRIMINAL HX: 0 ☐ NO  1 ☑ YES _____
- RECENT STRESSORS: 0 ☐ NO  1 ☑ YES as per HPI

**FAMILY HISTORY:**
- PSYCHIATRIC DISORDER: 0 ☑ NO  1 ☐ YES _____
- SUBSTANCE ABUSE: 0 ☑ NO  1 ☐ YES _____

**MEDICAL HISTORY**
- ACTIVE PROBLEMS: 0 ☑ NO  1 ☐ YES _____

## MENTAL STATUS EXAMINATION

- APPEARANCE: appropriate, well groomed
- SPEECH: nl volume, speed
- BEHAVIOR: good eye contact
- PSYCHOMOTOR CHANGE: 0 ☐ NONE  1 ☐ RETARDATION  2 ☐ AGITATION
- AFFECT: full range
- THOUGHT PROCESSES: WNL
- MOOD DEPRESSED: 0 ☐ NONE  1 ☑ MILD  2 ☐ MOD  3 ☐ SEV _____
- MANIC: 0 ☑ NONE  1 ☐ MILD  2 ☐ MOD  3 ☐ SEV _____
- PSYCHOSIS: 0 ☑ NONE  1 ☐ MILD  2 ☐ MOD  3 ☐ SEV
  - HALLUCINATIONS: 0 ☑ NO  1 ☐ YES
  - DELUSIONS: 0 ☑ NO  1 ☐ YES
  - OTHER: 0 ☐ NO  1 ☐ YES
- SUICIDALITY: 0 ☐ NONE  1 ☑ IDEATION  2 ☐ GESTURE  3 ☐ ATTEMPT  at time of interview happy to be alive, does not want to die
- HOMICIDALITY: 0 ☐ NONE  1 ☐ IDEATION  2 ☐ GESTURE  3 ☐ ATTEMPT
- PHYSICAL RESTRAINTS: 0 ☐ NONE  1 ☐ ELOPEMENT RISK  2 ☐ SUICIDAL  3 ☐ AGITATED
- ORIENTATION: 0 ☐ X0  1 ☐ X1  2 ☑ X2  3 ☑ X3
- FUND OF KNOWLEDGE: 0 ☐ NO ANSWER  1 ☑ POOR  2 ☐ WNL
- SIMILARITIES: 0 ☐ NO ANSWER  1 ☑ CONCRETE  2 ☐ ABSTRACT
- PROVERBS: 0 ☐ NO ANSWER  1 ☑ CONCRETE  2 ☐ ABSTRACT
- JUDGEMENT: 1 ☐ IMPAIRED  2 ☑ WNL

**NEUROVEGATATIVE SYMPTOMS/CHANGE**
- SLEEP: 0 ☑ NONE  1 ☐ DECREASE  2 ☐ INCREASE
- ENERGY: 0 ☑ NONE  1 ☐ DECREASE  2 ☐ INCREASE
- APPETITE: 0 ☐ NONE  1 ☐ DECREASE  2 ☑ INCREASE
- INTERESTS: 0 ☐ NONE  1 ☑ DECREASE  2 ☐ INCREASE

FORM #1403-A Rev 7/89

# EMERGENCY SERVICE VISIT RECORD

**PATIENT'S CHIEF COMPLAINT:** HUMAN BITE
**TRIAGED TO:** A/B AMBUL
**Yale New Haven Hospital**
**VISIT DATE:** 05/07/92
**UNIT NUMBER:** 1027505

| | |
|---|---|
| PATIENT NAME | NICHOLS LUIS |
| DOB | 09/30/1972 |
| AGE | 19 |
| RACE | B |
| SEX | M |
| MAR ST | S |
| PERM. PHONE NO. | 203 562-2861 |
| INS. TYPE | SELF PAY |
| ADDRESS | 180 PORTSEA STRE[ET] NEW HAVEN CT 06519 |
| RELIGION | PROTESTANT |
| EMPLOYER | STUDENT |
| OTHER PHONE NO | 203 999-9999 |
| SOC. SEC. NO. | 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 |
| EMERGENCY NOTIFY | MOTHER MILDRED NICHOLS |
| EMERGENCY PHONE NO. | 203 562-2861 |
| USOMC | NONE |
| MODE OF ARRIVAL | AUTOMOBILE |
| TRIAGE TIME | 0255 |
| TIME IN | 0310 |
| PREV. HOSP. VISIT | X YES |

**TRIAGE NURSE:** Dr Roser FFW

**DOCTORS ORDERS:** TD
SELF PAY

INDEXED MAY 1 4 1992

**HISTORY & PHYSICAL EXAM:**
1940 (B) ♂ presents to the Emergency department c/o human bite to chin - after fighting č brother.

Exam: Human bite mark č ecchymosis to sub chin area.
No skin is broken
No injury

Cleanse č Betadine
+ Betadine.

**DIAGNOSIS:** Human Bite
TIER 4
**TREATMENT:**
873.44
E968.8
99.38
96.59
Augmentin 250 TID #30

**PT. INSTRUCTIONS:** Keep clean
Signs of infection discussed
**DISP:** Home
**CONDITION:** IMPROVED
**FOLLOW UP:** PMD Dr Roser

HEALTH CARE PROVIDER SIGNATURE
M.D. RESPONSIBLE FOR DISPOSITION
MEDICAL RECORD COPY
F-808C REV. 5/90

**YALE NEW HAVEN HOSPITAL**
**EMERGENCY SERVICES**

**TRIAGE AND PROGRESS NOTES**

UNIT NO. 602 7505
NAME Nichols, Lowis
ADDRESS
BIRTH DATE 9-20-72

TRIAGE human bite   DATE 5-7-92   TIME 0255

ARRIVED BY: AMBULANCE _____ CAR _____ WALK IN _____ OTHER _____

IV AUTHORIZED FOR PRE-HOSPITAL CARE   YES _____ NO _____

CLINICAL DATA: 19 yo human bite to face + ? hand

BP _____   TPR _____   ALLERGIES NKA

PRIORITY ASSIGNMENT:*   E _____ U _____ NU _____

SERVICE: MED _____ SURG _____ OB/GYN _____ PEDI _____ PSYCH _____

PHYSICIAN NOTIFIED: YES _____ NO _____ NAME _____

TRIAGE NURSE: S. Abbo-Green RN
SIGNATURE

| TIME | VITAL SIGNS | | | | |
|---|---|---|---|---|---|
| 0400 | 110/80 | 80 | 16 | 98.6° | 19yo B♀ c human bite to chin @ 100AM PMH⊖ PMO Y/N/H/PP ⊘ bites — CPT nurs DT |
| 0410 | | | | | Tetanus 0.5ml IM given @ Deltoid. Bite area Cleansed c̄ Betadine & NS. Prescription for antibiotics given. Reg. Pt. Disch. — M.O. Connell |

* E = EMERGENT   U = URGENT   NU = NONURGENT

F-3310

102-75-05

NICHOLS, LUIS

**YALE-NEW HAVEN HOSPITAL
AMBULATORY SERVICES
HISTORY AND
PROGRESS NOTES**

(If handwritten, record name, unit no., and birth date)

| DATE | Problem No. | FRACTURE CLINIC  s/p x-ray available  No ER sheet available |
|---|---|---|
| JUL 2 8 1992 | | 19yo ♂ who while riding scooter c friend fell. To Yale ER c Dx of Fx (segmental) (L) clavicle on Wednesday 7/23/92. Pt here for F/U. Currently Pt has ↓'d complaints (pain) but continued pain c active movement at shoulder. |
| | | PE → Pt c Bump @ (L) clavicle s any skin lesion. Pt s pain during palpation of distal clavicle + acromion + proximal clavicle — Tenderness c firm palpation to ∂ "bump" Fx site ⊖ gross movement. Pt Painful active shoulder flexion 15° + extension 15°. Passive ROM Flexion ≈ 120° Extension ≈ 90° Abduction ≈ 100-140° (only end pt c slt tenderness) Assessment of shoulder muscle Fx compromised by pain. FROM - strength 5/5 all distal muscles (elbow, wrist, fingers) CMS intact c strong radial pulses |
| | A/P | Pt 1 wk s/p (L) clavicle Fx which appears to be improving (↓ pain). Pt in figure of 8 splint/sling — to start pendulum motions c shoulder to maintain ROM — advil for pain (c instructions) — RTC 4 wks c (L) clavicle X-ray. |

F680 (Rev. 5/81)

| DATE | Problem No. | FRACTURE CLINIC |
|---|---|---|
| AUG 2 5 1992 | | |

- ☑ APPOINTMENT NOT KEPT
- ☐ ~~PATIENT CONTACTED BY TELEPHONE ON~~
- ☐ ~~TELEPHONE CONTACT ATTEMPTED UNSUCCESSFULLY ON~~
- ☑ ~~PATIENT NOTIFIED BY MAIL TO CALL FOR ANOTHER APPOINTMENT~~

**SEP 3 1992** — **FRACTURE CLINIC**

INK: 19 y/o ♂ c/ho fell of scooter 7/23/92 c̄ injury to L clavicle found to have fracture by Xray. Pt. now present for f/u. Notes no pain or discomfort other than occasionally when lifting heavy object

PE –

L clavicle – non swollen
  non tender
    midshaft calcification at fracture sight
    Extension & Abduction grossly intact
    Strength 5/5 in extremity
    CMS intact

~~A/P – Pt st~~

A/P – Pt status post (~6 wks) clavicle fracture c̄ good clinical improvement + no complaints other than bump at fracture sight.
  – D/C from clinic
  – F/U only if pt. has problems

[signature] 9/25/92

# Yale New Haven Hospital — Emergency Service Visit Record

**Chief Complaint:** RULE OUT SHOULDER DISLOCATION
**Triaged to:** A/B ACUTE

| Field | Value |
|---|---|
| Patient Name | NICHOLS, LUIS |
| Triage Time | 0205 |
| Time In | 0231 |
| Prev. Hosp. Visit | YES |
| Visit Date | 07/23/92 |
| Unit Number | 1027505 |
| DOB | 09/30/1972 |
| Age | 19 |
| Race | B |
| Sex | M |
| Mar St | S |
| Perm. Phone No. | 203 999-9999 |
| Ins. Type | SELF PAY |
| Address | 180 PORTSEA STREET, NEW HAVEN CT 06519 |
| Religion | OTHER |
| Employer | STUDENT |
| Other Phone No. | 203 999-9999 |
| Soc. Sec. No. | 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 |
| Emergency Notify | NO ONE TO NOTIFY |
| Emergency Phone No. | 203 999-9999 |
| USOMC | ROZEN |
| Mode of Arrival | NEW HAVEN |

**Doctors Orders:**
MS 6 mg IV x 1   01:00
MS 4 mg IV x 1   05:00

SELF PAY
INSURANCE INFO NOT AVAILABLE AT TIME OF REGISTRATION

INDEXED JUL 30 1992

**History & Physical Exam:**

19 YOBM fell from moped onto shoulder; head ⊖ LOC, ⊖ H/A, vision ṡ/c, SOB, CP
Pt c/o (L) shoulder pain.

PE: Chest = CTA, breath sounds equal (B)
    drop-off on clavicle at mid shaft.
    Cor: S₁ S₂ ∅
    Ext: R/O arm FROM, (L) shoulder motion limited by pain

x-ray revealed no humeral dislocation
x-ray revealed mid shaft clavicular fracture on left at two points producing a ~2 cm bone piece c̄ a slight antero-posterior position

**X-ray:** Clavicle fx, ⊖ dislocation of hum.   Reviewed with Radiologist

**Diagnosis:** Fracture, (L) clavicle — comminuted
**Tier:** 4

**Pt. Instructions:**
1) Rest, sling
2) Tyl/Motrin in day, percocet qhs
3) Ortho next wk

**Follow Up Plan:** Ortho next week

**Disp:** home
**Condition:** Improved

Health Care Provider Signature: J. Phillips MD
Name (Print Clearly): J. Phillips
M.D. Responsible for Disposition: [signature]

MEDICAL RECORD COPY

UNIT NO.
NAME **Nicholas, Louis**
ADDRESS
BIRTH DATE **9-20-72**

(If handwritten, record name, unit no., and birth date)

EMERGENCY DEPARTMENT NURSING RECORD

| | PRE-HOSPITAL TREATMENT | | TRIAGE |
|---|---|---|---|
| ☐ Ambulance Unit # 5(2) | ☐ Cervical/Spinal immobilization | | NB acute |
| ETA ___ | ☐ MAST | ☐ cardiac monitor | ALLERGIES |
| ☐ Police | ☐ Splint | rhythm ___ | NKDA |
| ☐ Walk-in | ☐ Other | ☐ IV | |
| ☐ Helicopter | ☐ Complications: | ☐ ETT/EOA | NURSING ALERT |
| ☐ Other ___ | | ☐ O₂ | |
| | | ☐ Meds ___ | |

CHIEF COMPLAINT: **r/o shoulder disloc**   TRIAGE TIME: **0205** DATE: **7-23-92**

CLINICAL DATA **19 yo ♂ r/o shoulder disloc. - fell off moped**

PMH:

MEDS: _____ LAST TETANUS: _____

TREATMENT IN TRIAGE: ___ GCS: ___

TRIAGE NURSE SIGNATURE: **J Hawkins**

INITIAL NURSING ASSESSMENT:   TIME:

History:

ASSESSMENT

PRIMARY NURSE SIGNATURE:

EKG STRIP:

F-3560 (NEW 2/92)