**Yale New Haven Hospital** 1826

FPP
```
                                           1 0 2 7 5 0 5
                              N I C H O L S ,   L U I S
                                    DOB:   Sep-30-72
```

# Diagnostic Imaging Consultation

Report Date: Jul-23-92
Responsible Physician:

    SCHRIVER, JOHN, MD(ER)                   Phone:
    ER MEDICAL DIRECTOR
    20 YORK ST
    NEW HAVEN, CT   06504

1443355    Jul-23-92   3:49 AM   Requested by: PHILLIPS, JOHN L. MD
    CLAVICLE /
    CLAVICLE
1443354    Jul-23-92    3:50 AM
    LEFT SHOULDER ACROM/CLAV JOINT /
    LT SHOULDER/ACJ

## Addended Report

Diagnosis:
(L) SHOULDER INJURY

---

CLAVICLE: 7/23/92 LEFT SHOULDER:  7/23/92

There is a segmental fracture of the left clavicle with the mid fracture fragment running in an anterior-posterior direction, causing posterior displacement of the distal aspect of the clavicle. The humerus articulates normally with the glenoid and there is no evidence of dislocation.

On one view only, there is an apparent area of lucency in the shaft of the humerus, while this may represent an artifact from overlying soft tissues, a dedicated radiograph of the humerus would be useful.

IMPRESSION:

Fracture of the left clavicle.

On one view only, there is an apparent area of lucency in the shaft of the humerus, while this may represent an artifact from overlying soft tissues, a dedicated radiograph of the humerus would be useful.

Addendum:

ADD ACC 1443354

Yale New Haven Hospital

Page 2

1 0 2 7 5 0 5
NICHOLS, LUIS
DOB:   Sep-30-72

1443355   Jul-23-92   3:49 AM   Requested by: PHILLIPS, JOHN L. MD
    CLAVICLE /
    CLAVICLE

---

/signed/  Martha Mainiero, M.D.
          25 E. Leon  Kier, M.D.

MEDICAL RECORD COPY
C O P Y

**Yale New Haven Hospital**

AB-ACU

1027505
NICHOLS, LUIS
DOB: Sep-30-72

## Diagnostic Imaging Consultation

Report Date: Jul-23-92
Responsible Physician:

    SCHRIVER, JOHN, MD(ER)           Phone:
    ER MEDICAL DIRECTOR
    20 YORK ST
    NEW HAVEN, CT 06504

1443355   Jul-23-92  3:49 AM  Requested by: PHILLIPS, JOHN L. MD
    CLAVICLE /

Diagnosis:
(L) SHOULDER INJURY

---

CLAVICLE: 7/23/92 LEFT SHOULDER: 7/23/92

There is a segmental fracture of the left clavicle with the mid fracture fragment running in an anterior-posterior direction, causing posterior displacement of the distal aspect of the clavicle. The humerus articulates normally with the glenoid and there is no evidence of dislocation.

On one view only, there is an apparent area of lucency in the shaft of the humerus, while this may represent an artifact from overlying soft tissues, a dedicated radiograph of the humerus would be useful.

IMPRESSION:

Fracture of the left clavicle.

On one view only, there is an apparent area of lucency in the shaft of the humerus, while this may represent an artifact from overlying soft tissues, a dedicated radiograph of the humerus would be useful.

Yale New Haven Hospital

1027505
NICHOLS, LUIS
DOB:   Sep-30-73

1443355   Jul-23-92   3:49 AM   Requested by: PHILLIPS, JOHN L. MD
CLAVICLE /
CLAVICLE

/signed/ Martha Mainiero, M.D.
        25 E. Leon Kier, M.D.

**MEDICAL RECORD COPY**

COPY



Yale-New Haven Hospital

NICHOLS, LUIS                                                          ORTHO
MRUN: 1027505   DOB: Sep-20-72              Report Date:  Sep-5-92

                 Diagnostic Imaging Consultation

Responsible Physician: KEGGI, JOHN M, M.D.        Ph: (203) 785-4077
                       ORTHOPAEDICS & REHAB
                       YPB 1ST FLOOR

 1472605    Sep-3-92    3:28 PM   Requested by: KEGGI, JOHN M, M.D.
    CLAVICLE
        Transcribed on: Sep-5-92   5:44 PM by Karen Belton
Dx: L CLAVICLE FX
-------------------------------------------------------------------------

 XRAY OF THE LEFT SHOULDER:  9/3/92

A single AP projection of the left shoulder was obtained.  There were
no prior studies available for comparison.  There is a fracture in the
mid scapula.  There is callous formation.  The alignment is normal.

IMPRESSION:

Fracture of the left scapula with callous formation and normal
alignment.


(AP)

Alex Poljak, M.D. /reviews on line/
29 Jack Lawson, M.D.
             -------------------------
         M E D I C A L   R E C O R D   C O P Y

# EMERGENCY SERVICE VISIT RECORD
### Yale New Haven Hospital

**PATIENT'S CHIEF COMPLAINT:** LOWER EXT PAIN A/B AMBUL

| | |
|---|---|
| PATIENT NAME | NICHOLS LUIS |
| DOB | 09/20/1972 |
| AGE | 20 |
| RACE | B |
| SEX | M |
| MAR ST | S |
| PERM. PHONE NO. | 203 999-9999 |
| ADDRESS | 215 ROSETTE STR, NEW HAVEN CT 06519 |
| RELIGION | OTHER |
| EMPLOYER | PARTTIME |
| OTHER PHONE NO. | 203 999-9999 |
| SOC. SEC. NO. | 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 |
| EMERGENCY NOTIFY | MOTHER MILDRED NICHOLS |
| EMERGENCY PHONE NO. | 203 562-172 |
| USOMC | NONE |
| MODE OF ARRIVAL | AUTOMOBILE |
| TRIAGE TIME | 1703 |
| TIME IN | 1713 |
| PREV. HOSP. VISIT | YES |
| VISIT DATE | 07/07/93 |
| UNIT NUMBER | 102750 |
| INS. TYPE | SELF PAY |

**DOCTORS ORDERS:** V/A, Tib Fib, CXR

SELF PAY

INDEXED JUL 7 1993

**HISTORY & PHYSICAL EXAM — PAT STATES NONE**

CC / HPI/ROS: 20 yo ♂ riding bicycle when he was struck by a car leaving a parking lot. He was ambulatory to ER c/o R LE pain. Denies LOC.

PMH: None
Meds: None
AM: NKDA

PE: P 80 T 98 R 16 110/70
PERRLA, EOMI, anicteric
Chest equal and clear B
Cor RRR, Abd soft, NT, flat
Pelvis stable
B UE no deformities
L LE nl
R LE abrasions over anterior tibia

Neuro motor and sensory exam intact

DIFF. DX.

DIAGNOSIS: Contusion R leg
TIER 4

TREATMENT & ED COURSE:
9245

UNIT NO. ____
NAME Nichols, Lewis
ADDRESS ____
BIRTH DATE 9-20-72

(If handwritten, record name, unit no. and birth date)

**YALE NEW HAVEN HOSPITAL**
**EMERGENCY DEPARTMENT NURSING RECORD**

☐ Ambulance Unit # ____
   ETA ____
☐ Police
☐ Walk-in
☐ Helicopter
☐ Other ____

**PRE-HOSPITAL TREATMENT**
☐ Cervical/Spinal immobilization
☐ MAST
☐ Splint
☐ Other
☐ Complications: ____
☐ cardiac monitor
   rhythm ____
☐ IV
☐ ETT/EOA
☐ O₂
☐ Meds ____

**TRIAGE**
Amb AB
ALLERGIES

NURSING ALERT

CHIEF COMPLAINT: Lower Leg pain    TRIAGE TIME: 1703    DATE: 7/1/93

CLINICAL DATA: ⊕ Abrasions
Sp hit by car while on bike, thrown over hood. ⊖ head inj
Unable to bear wt on ® leg.

PMH: ____

MEDS: ____    LAST TETANUS: 1 gr up.

TREATMENT IN TRIAGE: ____    GCS: ____

TRIAGE NURSE SIGNATURE: ____

TIME
**HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN**
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

pt struck by car @ low speed, has tib/fib pain on ® c
associated abrasions, no other complaints

• Exposure to Communicable Disease(s):
• Primary Care Provider:
• Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:

F-3560 (rev 11/92)

# EMERGENCY SERVICE VISIT RECORD

**Yale New Haven Hospital**

| | |
|---|---|
| PATIENT'S CHIEF COMPLAINT | HEAD LAC |
| TRIAGED TO | E. AMBULAT |
| VISIT DATE | 08/01/94 |
| UNIT NUMBER | 1027505 |

**PATIENT NAME:** NICHOLS, LUIS 2793
**DOB:** 09/20/197_ **AGE:** 021 **RACE:** B **SEX:** M **MAR ST:** S
**TRIAGE TIME:** 0100 **TIME IN:** 0102 **PREV. HOSP. VISIT:** YES
**ADDRESS:** 51 VERNON ST, NEW HAVEN CT 06519
**RELIGION:** NONE OR RE
**EMPLOYER:** UNEMPLOYED
**PERM. PHONE NO.:** 0
**SOC. SEC. NO.:** 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
**EMERGENCY NOTIFY:** MOTHER MILDRED NICHOLS
**EMERGENCY PHONE NO.:** 203 562-172_
**USOMC:** NONE
**MODE OF ARRIVAL:** CAR

**PROCEDURE:**
injected 1% Lidocaine subQ. Irriga
c̄ 100cc NS. Prepped and Draped
in sterile fashion. Wound closed
c̄ 4 interrupted 6-0 nylon sutures

*CODED AUG 05 1994 BY E. GAGLIARDI*

**CC:** face pain
**HPI/ROS:** 21 y/o BM hit on face c̄ bricks. ⊘ LOC sustained lacerat
over (L) eye and pain over (L) mandible and TMJ. Pt has
∅ previous hx of head trauma

**PE:** Pt resting comf. in ∅ distress
- lac
- pt c̄ pain to palp over TMJ and
  mand. ramus - very tender
- Pt cannot open mouth
  very wide

**DIFF. DX:** face lac, poss. mand. fx

not indicated

X-ray mandible - ∅ fx

**DIAGNOSIS:** face lac ≈ 10 cms
Single layer closure       87342
**ED COURSE:**                E9179
H+P
wound closure              8659

**PT. INSTRUCTIONS:** keep wound clean & dry
watch for signs of infection

**DISP:** home  **CONDITION:** IMPROVED  **BACK TO WORK:** YES
**FOLLOW UP PLAN:** RTER in 3-5 days

**HEALTH CARE PROVIDER SIGNATURE:** W.R. Warecker, MD
**NAME (PRINT CLEARLY):** WARECKER

UNIT NO. _____
NAME Lewis
ADDRESS Nicholas
BIRTH DATE 9/20/1972
(If handwritten, record name, unit no., and birth date)

YALE NEW HAVEN HOSPITAL
EMERGENCY DEPARTMENT NURSING RECORD

☐ Ambulance Unit # _____
   ETA _____
☐ Police
☒ Walk-in
☐ Helicopter
☐ Other _____

PRE-HOSPITAL TREATMENT
☐ Cervical/Spinal immobilization
☐ MAST          ☐ cardiac monitor
☐ Splint            rhythm _____
☐ Other          ☐ IV
☐ Complications:  ☐ ETT/EOA
                 ☐ O₂
                 ☐ Meds _____

TRIAGE
amb. c
ALLERGIES
NKA
NURSING ALERT

CHIEF COMPLAINT: lac'd eee"    TRIAGE TIME:    DATE:

CLINICAL DATA: Pt hit on temporal area (left) by brick ⊕ LOC. sustained lac bleeding controlled

PMH: ⊘

MEDS: ⊘                                    LAST TETANUS: 2 years ago

TREATMENT IN TRIAGE:                GCS: 15
                                    TRIAGE NURSE SIGNATURE: H. Sokinski
TIME
HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

A- Presents to ER c/o Hit inc Temporal Region (L) eye X 1° ago. UTD Tetanus.

⊕ LOC

• Exposure to Communicable Disease(s):
• Primary Care Provider:
• Community/follow-up agencies currently involved in care: (specify)
EKG STRIP:

F-3560 (rev 11/82)

F-3649 B

UNIT NO. 1 02 75 05
NAME   NICHOLS       LUIS
ADDRESS 51 VERNON ST
         NEW HAVEN        CT 06519
BIRTH DATE 20/72 BMS
         EP C AMBUL

YALE-NEW HAVEN HOSPITAL
Emergency Department
Adult Discharge Instructions

____ **WOUND/BURN CARE**

Keep dressing clean and dry.
If dressings need to be changed, you should change them and call your doctor.
Keep the injured part elevated as much as possible.
Do not break any burn blisters or remove skin. Do not put butter or grease on your burn.
Check your wound and surrounding skin for the following signs of infection.
  a. redness       d. red streaking around the site
  b. drainage      e. swelling
  c. increased pain  f. foul odor
**Call your physician if any of these are present.**
Return for wound check _____ .

✓ **SUTURES**

Stitches should be removed in 3-5 days by the Emergency Department or your own physician.
If you choose to return to the Emergency Department for suture removal, you should do so between the hours of 8:00 am and 12:00 noon, 7 days a week.

✓ **HEAD INJURY**

The patient should be checked every _____ hours for the following:
Warning signs of possible increasing injury to the brain:
 1. Unusual behavior, sleepiness, stupor, difficulty in arousing patient after sleep.
 2. Walking off balance or constant falling to one side or the other. Paralysis of an arm or leg.
 3. Unusual movements of the eyes.
 4. Vomiting with or without nausea.
 5. Severe headache - not relieved by aspirin.
 6. Fever, shaking chills.
 7. Bleeding from the nose or ears.
If any of the above signs of symptoms are noted, please contact your family doctor or the doctors at the Yale-New Haven Hospital Emergency Department **AT ONCE**.

____ **MEDICATIONS**

Prescriptions given _____ .
Fill prescription promptly.
Antibiotics must be taken until the prescription is finished.
You have been given a tetanus booster today _____ .

Other Instructions _____

_____

_____

____ **SPRAIN AND FRACTURE CARE**

Avoid using the affected joint for _____ hours.
Keep the injured part elevated for _____ hours.
Ice pack to affected area for first _____ hours. Use for 10-20 minutes 4 or 5 times a day to reduce swelling.
Never place ice directly on skin.
Hot pad or hot soaks to affected area 4-5 times daily for 15 to 30 minute periods after the first 24 hours.
If you have a cast keep it perfectly dry.
Watch for swelling, pain, burning, color changes, numbness or tingling of injured limb. **See doctor immediately if this happens.**
Wiggle toes or fingers of injured part frequently.
Use cane/crutches for _____ days: _____ partial weight bearing: _____ no weight bearing.

____ **BACK PAIN/STRAIN**

No limitations for activity _____ .
Activity as tolerated when pain free _____ .
May return to work/school with the following limitations:
 a. No lifting for _____ days.
 b. No standing for periods longer than 15-30 minutes for _____ days.
 c. No Physical Ed classes for _____ days.
Bed rest for _____ days.
Apply moist heat to low back 4 times a day for at least 20 minutes.

____ **GENERAL INSTRUCTIONS**

Nosebleed instruction      Cast care
Crutch walking             Xray instructions
Eye injuries               Culture results
- The exam and treatment you have received in the Emergency Department have been on an emergency basis only. It has not been intended to be a substitute for complete medical care.
- You are responsible for making arrangements for follow up care with the doctor listed below.
- Call _____ to make an appointment for follow up care. If the doctor cannot be reached, return to the Emergency Department.
- I have received and understand the instructions indicated above.

_Luis Nichols_                         8/4/94
Patient Signature                       Date

_____      _____
Primary Nurse Signature                  Date

_WRWauech, MD_                        8/1/94
(Attending) Physician Signature         Date

DISCHARGE

CHART

# EMERGENCY SERVICE VISIT RECORD

**CHIEF COMPLAINT:** ED FOLLOW-UP
**TRIAGED TO:** A/B AMBUL
**Yale New Haven Hospital**
**VISIT DATE:** 08/08/94
**UNIT NUMBER:** 1027505

| PATIENT NAME | LAST | FIRST | MIDDLE | MAIDEN | TRIAGE TIME | TIME IN | PREV. HOSP. VISIT |
|---|---|---|---|---|---|---|---|
| | NICHOLS | LUIS | | | 1410 | 1436 | X YES  ☐ NO |

- **DOB:** 09/20/1972  **AGE:** 021  **RACE:** B  **SEX:** M  **MAR ST:** S  **PERM. PHONE NO.:** 0  **INS. TYPE:** SELF PAY
- **ADDRESS:** 51 VERNON ST, NEW HAVEN CT 06519
- **RELIGION:** EPISCOPAL
- **EMPLOYER:** UNEMPLOYED
- **OTHER PHONE NO.:** —
- **SOC. SEC. NO.:** 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
- **EMERGENCY NOTIFY:** MOTHER MILDRED NICHOLS
- **EMERGENCY PHONE NO.:** 203 562-1720
- **USOMC:** ROZEN
- **MODE OF ARRIVAL:** CAR

**DOCTORS ORDERS:**
CODED
AUG 15 1994
By J. MILLER
SELF PAY

LST ER: 08/01/94

**HISTORY & PHYSICAL EXAM:** PT HAS NO INSURANCE. GAVE HILBURTON APP. MSL

**CC:**
**HPI/ROS:** Pt had a lac sutured 10 days ago. wound healed well, suture removal

**PE:**

**PMH:**

**RECORDS REVIEWED:**

**DIAGNOSIS:** √S83

**TREATMENT & ED COURSE:** suture removal

**PT. INSTRUCTIONS:** bacitracin locally

**DISP:** HOME
**CONDITION:** ☑ IMPROVED  ☐ UNCHANGED
**BACK TO WORK:** ☑ YES
**FOLLOW UP PLAN:** PMD

**M.D. RESPONSIBLE FOR DISPOSITION:** PAB

| | |
|---|---|
| UNIT NO. | |
| NAME | Nichols |
| ADDRESS | Louis 9/20/72 |
| BIRTH DATE | Mildred |

YALE NEW HAVEN HOSPITAL
EMERGENCY DEPARTMENT NURSING RECORD

(If handwritten, record name, unit no. and birth date)

- ☐ Ambulance Unit #_____
  - ETA _____
- ☐ Police
- ☐ Walk-in
- ☐ Helicopter
- ☐ Other _____

**PRE-HOSPITAL TREATMENT**
- ☐ Cervical/Spinal immobilization
- ☐ MAST          ☐ cardiac monitor
- ☐ Splint            rhythm _____
- ☐ Other          ☐ IV
- ☐ Complications:   ☐ ETT/EOA
                      ☐ O₂
                      ☐ Meds _____

**TRIAGE**
AB Amb
ALLERGIES
none
**NURSING ALERT**

CHIEF COMPLAINT: ED follow up    TRIAGE TIME: 1410    DATE: 8/8/94

CLINICAL DATA: sutures out L-forehead. 8 days
PREGNANCY STATUS Y/N?
LMP?

PMH:

MEDS:                                  LAST TETANUS:

TREATMENT IN TRIAGE:          GCS:
TRIAGE NURSE SIGNATURE: E. [illegible]

TIME 1625

**HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN**
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

Done at [illegible] sutures x 4. Wound appears well healed. Pt. c/o jaw pain.

- Exposure to Communicable Disease(s):
- Primary Care Provider:
- Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:

F-3560 (rev 11/92)

# EMERGENCY SERVICE VISIT RECORD

**Yale New Haven Hospital**

PATIENT'S CHIEF COMPLAINT: MVC

TRIAGE TO: C AMBULAT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PATIENT NAME | LAST: NICHOLS | FIRST: LUIS | MIDDLE | MAIDEN | TRIAGE TIME: 1956 | TIME IN: 2028 | PREV. HOSP. VISIT: NO |

VISIT DATE: 01/29/95   UNIT NUMBER: 1027505

DOB: 09/20/1972   AGE: 022   RACE: B   SEX: M   MAR ST: S   PERM. PHONE NO.: 203 624-3528   INS. TYPE: SELF PAY

ADDRESS: 51 VERNON ST, NEW HAVEN CT 06519   RELIGION: EPISCOPAL   EMPLOYER: UNEMPLOYED

OTHER PHONE NO.: —   SOC. SEC. NO.: 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

EMERGENCY NOTIFY: MOTHER MILDRED NICHOLS   EMERGENCY PHONE NO.: 203 562-1720   USOMC: NONE   MODE OF ARRIVAL: AMBULANCE AMR

INITIAL VITAL SIGNS — TIME: 2000  BP: 130/80  P: 72  R: 18  T: 98  ALLER: NKDA

**PROCEDURE:** FEB 03 1995  By E. GARCIA

DOCTORS ORDERS: SELF PAY — NO INSURANCE INFO. MSL

## HISTORY & PHYSICAL EXAM

CC: Neck pain, back pain.

HPI/ROS: 22 y.o. BF was unrestrained driver in MVC this evening. Patient had just taken off into intersection when he was broadsided by another vehicle. By his report there was not significant damage to his car, which did "spin around." Pt denies head injury, LOC, or vision dx. c/o neck pain and upper back pain. Went w/u BONAD.

PMH: No med prob, no meds, ⊖ collarbone fx

HEENT: NC/AT, PERLA, mouth, nose, throat ok.

Neck: Tender C3-C5 from spine, mildly tender in thoracic region. L-spine NT.

Lungs: Clear. CV: RRR nl S1, S2. Ext: ⊘ deform. Neuro: A&O x3, CN II → XII intact.

Records Reviewed: Tobacco: 1 PPD. EtOH: 1 beer on weekends.

C-spine x-ray (−) (reviewed c Dr. Weihl)

## DIAGNOSIS

Cervical strain

TIER 3

PT. INSTRUCTIONS: Ibuprofen 600 q.i.d. PRN, Soft cervical collar, Rest

TREATMENT & ED COURSE:  847.0  E912.0  E849.5

DISP: Home   CONDITION: UNCHANGED   FOLLOW UP PLAN: RCM

M.D. RESPONSIBLE FOR DISPOSITION: (Weihl)

UNIT NO.

NAME Nichols, Luis

ADDRESS

BIRTH DATE 9-20-72

YALE NEW HAVEN HOSPITAL
EMERGENCY DEPARTMENT NURSING RECORD

(If handwritten, record name, unit no. and birth date)

| | | | |
|---|---|---|---|
| ☐ Ambulance Unit # ___ 502 | PRE-HOSPITAL TREATMENT | | TRIAGE Amb C |
| ETA ___ | ☐ Cervical/Spinal immobilization | | |
| ☐ Police | ☐ MAST | ☐ cardiac monitor | ALLERGIES |
| ☐ Walk-in | ☐ Splint | rhythm ___ | |
| ☐ Helicopter | ☐ Other | ☐ IV | |
| ☐ Other ___ | ☐ Complications: 120/palp 84+8 | ☐ ETT/EOA ☐ O₂ ☐ Meds ___ | NURSING ALERT |

CHIEF COMPLAINT: MVC    TRIAGE TIME: 1957    DATE: 1-29-95

Primary Care Provider:

CLINICAL DATA  22yo ♂ s/p MVC ⊕ passenger
c/o neck + back pain
minor damage    10-15mph

PMH:

MEDS:                                    LAST TETANUS:

TREATMENT IN TRIAGE:                    GCS:
                                         TRIAGE NURSE SIGNATURE: [signature]
TIME  2000
HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

22 male driver of car struck on low speed, passenger side, at intersection. Ambulatory p̄ accident developed upper back pain p̄ sitting down. Now c/o head pain & back pain from spinal board.

• Exposure to Communicable Disease(s):

• Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:

F-3560 (rev 10/94)

UNIT NO.
NAME
ADDRESS
BIRTH DATE

YALE-NEW HAVEN HOSPITAL
Emergency Department
Adult Discharge Instructions

### WOUND/BURN CARE

Keep dressing clean and dry.
If dressings need to be changed, you should change them
and call your doctor.
Keep the injured part elevated as much as possible.
Do not break any burn blisters or remove skin. Do not
put butter or grease on your burn.
Check your wound and surrounding skin for the following
signs of infection.
  a. redness         d. red streaking around the site
  b. drainage        e. swelling
  c. increased pain  f. foul odor
**Call your physician if any of these are present.**
Return for wound check _____.

### SUTURES

Stitches should be removed in _____ days by the
Emergency Department or your own physician.
If you choose to return to the Emergency Department for
suture removal, you should do so between the hours of
8:00 am and 12:00 noon, 7 days a week.

### HEAD INJURY

The patient should be checked every _____ hours for the
following:
Warning signs of possible increasing injury to the brain:
  1. Unusual behavior, sleepiness, stupor, difficulty in
     arousing patient after sleep.
  2. Walking off balance or constant falling to one side or
     the other. Paralysis of an arm or leg.
  3. Unusual movements of the eyes.
  4. Vomiting with or without nausea.
  5. Severe headache - not relieved by aspirin.
  6. Fever, shaking chills.
  7. Bleeding from the nose or ears.
If any of the above signs of symptoms are noted, please
contact your family doctor or the doctors at the Yale-New
Haven Hospital Emergency Department **AT ONCE.**

### MEDICATIONS

Prescriptions given _____.
Fill prescription promptly.
Antibiotics must be taken until the prescription is finished.
You have been given a tetanus booster today _____.
Other Instructions _____.

① Ibuprofen 600mg Take
   (every 4-6 hours as needed).

② Ice to affected areas
   15-30 minutes at a time
   4-5x/day.

③ DISCHARGE
   Soft cervical collar or
   needed    ④ Rest

### SPRAIN AND FRACTURE CARE

Avoid using the affected joint for _____ hours.
Keep the injured part elevated for _____ hours.
Ice pack to affected area for first _____ hours. Use for
10-20 minutes 4 or 5 times a day to reduce swelling.
Never place ice directly on skin.
Hot pad or hot soaks to affected area 4-5 times daily for
15 to 30 minute periods after the first 24 hours.
If you have a cast keep it perfectly dry.
Watch for swelling, pain, burning, color changes,
numbness or tingling of injured limb. **See doctor
immediately if this happens.**
Wiggle toes or fingers of injured part frequently.
Use cane / crutches for _____ days: _____ partial weight
bearing: _____ no weight bearing.

### BACK PAIN/STRAIN

No limitations for activity _____.
Activity as tolerated when pain free _____.
May return to work / school with the following limitations:
  a. No lifting for _____ days.
  b. No standing for periods longer than 15-30 minutes
     for _____ days.
  c. No Physical Ed classes for _____ days.
Bed rest for _____ days.
Apply moist heat to low back 4 times a day for at least
20 minutes.

### GENERAL INSTRUCTIONS

Nosebleed instruction      Cast care
Crutch walking             Xray instructions
Eye injuries               Culture results
- The exam and treatment you have received in the
Emergency Department have been on an emergency basis
only. It has not been intended to be a substitute for
complete medical care.
- You are responsible for making arrangements for follow
up care with the doctor listed below.
- Call _____ to make an
appointment for follow up care. If the doctor cannot be
reached, return to the Emergency Department.
-I have received and understand the instructions indicated
above.

X _Luis Nichols_____
Patient Signature                    Date

_____
Primary Nurse Signature              Date

_____  1-29-95
(Attending) Physician Signature      Date

CHART