# EMERGENCY SERVICE VISIT RECORD
### Yale New Haven Hospital

**PATIENT'S CHIEF COMPLAINT:** NOSE LACERATION
**TRIAGED TO:** A/B AMBUL

| | |
|---|---|
| PATIENT NAME | NICHOLS LUIS |
| DOB | 09/20/1972 |
| AGE | 022 |
| RACE | B |
| SEX | M |
| MAR ST | S |
| TRIAGE TIME | 1915 |
| TIME IN | 1955 |
| PREV. HOSP. VISIT | NO |
| VISIT DATE | 02/05/95 |
| UNIT NUMBER | 1027505 |
| PERM. PHONE NO. | 203 624-3528 |
| INS. TYPE | SELF PAY |
| ADDRESS | 51 VERNON ST, NEW HAVEN CT 06519 |
| RELIGION | EPISCOPAL |
| EMPLOYER | UNEMPLOYED |
| OTHER PHONE NO. | — |
| SOC. SEC. NO. | 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 |
| EMERGENCY NOTIFY | MOTHER MILDRED NICHOLS |
| EMERGENCY PHONE NO. | 203 562-1720 |
| USOMC | UNAVAIL |
| MODE OF ARRIVAL | POLICE |

**DOCTORS ORDERS:** Tetanus

FEB 08 1995
BY U. MILLER
SELF PAY
NO INSURANCE INFO. MSL

**PROCEDURE:**
2-6.0 sutures (Nylon)
Wound - copiously irrigated c̄ NS + 9x0
explored + cleansed c̄ Betadine - Anesthetized c̄
1% Lidocaine - Prep + Draped in STND
Fashion - 2-6.0 sutures
Bacitracin dressing.

**CC:** nose lac
**HPI/ROS:** 22 y.o. B♂ Nose lac 2° Punch c̄ face by leather glove of Policeman.

**PE:** Superficial abrasion over ® Nose. 1 cm lac below Nose above Mustache line.

**PMH:**

**RECORDS REVIEWED:**

**DIFF. DX:**

**DIAGNOSIS:** Skin lac
① 910.0
② 873.20
E9600
E849?
21.31

**PT. INSTRUCTIONS:** Return to ER 5d.

**DISP:** IMPROVED
**CONDITION:** 
**BACK TO WORK:**

Signatures: HEALTH CARE PROVIDER SIGNATURE / NAME (PRINT CLEARLY) / M.D. RESPONSIBLE FOR DISPOSITION

| UNIT NO. | |
|---|---|
| NAME | Nichols, Louis |
| ADDRESS | |
| BIRTH DATE | 9/20/72 |

**YALE NEW HAVEN HOSPITAL**
**EMERGENCY DEPARTMENT NURSING RECORD**

(If handwritten, record name, unit no., and birth date)

☐ Ambulance Unit # _____
  ETA _____
☒ Police
☒ Walk-in (crossed out)
☐ Helicopter
☐ Other _____

**PRE-HOSPITAL TREATMENT**
☐ Cervical/Spinal immobilization
☐ MAST    ☐ cardiac monitor
☐ Splint        rhythm _____
☐ Other    ☐ IV
☐ Complications: ☐ ETT/EOA
        ☐ O₂
        ☐ Meds _____

**TRIAGE**
AB AMB.

**ALLERGIES**
NKA.

**NURSING ALERT**

CHIEF COMPLAINT: Nose lac'd    TRIAGE TIME: 1915.  DATE: 2/5/95

Primary Care Provider: _____

CLINICAL DATA: Also (R) 5th finger pain. During altercation c̄ Police. ? Drug Use.

PMH: Back Pain.

MEDS: Motrin                                  LAST TETANUS: 3 yrs ago.

TREATMENT IN TRIAGE:                    GCS:
                    TRIAGE NURSE SIGNATURE: _____

TIME
**HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN**
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

Pt c/o Nose lac. Altercation c̄ PD. Pt initially refused vitals, 2° being very upset. Waited ½ hr. Pt complied. ⊕ swelling of nose ⊕ Bleeding. Kicks feet.

• Exposure to Communicable Disease(s):

• Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:

F-3560 (rev 10/94)

YALE-NEW HAVEN HOSPITAL

HISTORY AND PROGRESS NOTES

**RESTRAINT FLOW SHEET**

UNIT NO.
NAME: nichols, Louis
ADDRESS: 9/20/72
BIRTH DATE

(If handwritten, record name, unit no., and birth date)

| DATE/TIME | M.D. order obtained for use of restraints ☐   M.D. Name _____ |
|---|---|
| | Description of events leading to restraint and criteria for use: |

Patient Searched ☐   Security Officer's Name _____

Reason for Intervention: (check all that apply)
( ) Physically assaultive
( ) Self-mutilative/suicidal
( ) Threatening to hurt self or others
( ) Incapacitated by drugs/alcohol
( ) Other (specify)

Type of Restraint: (check all that apply)
( ) Soft two-point
(3) Leather two-point
( ) Leather four-point
( ) Posey
( ) Chest Restraint

M.D. order obtained to discontinue use of restraints ☐

| Time | Observations (behavior, mood & orientation) q15' | Range of Motion (q2o) | Circ/skin (q1o) | Init | Time | Observations (behavior, mood & orientation) q15' | Range of Motion (q2o) | Circ/skin (q1o) | Init |
|---|---|---|---|---|---|---|---|---|---|
| 1940 | Crying - very upset | — | — | SF. | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Name | Initial | Name | Initial |
|---|---|---|---|
| J. Freeman | Tech | | |

Case 3:02-cv-01502-EBB    Document 24-6    Filed 03/25/2004    Page 4 of 15

# EMERGENCY SERVICE VISIT RECORD
## Yale New Haven Hospital

| PROCEDURE | | PATIENT'S CHIEF COMPLAINT | | | | TRIAGED TO | | | | VISIT DATE | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WC | Wound Ck. | SUTURE REMOVAL | | | | C AMBULAT | | | | | |
| OM | Min. Op. (<5 Sut) | PATIENT NAME | LAST: NICHOLS | FIRST: LUIS | MIDDLE | MAIDEN | TRIAGE TIME: 1515 | TIME IN: 1536 | PREV. HOSP. VISIT: ✓YES ☐NO | 02/10/95 | 1027505 |
| OP | Maj OP. (>5 Sut) | DOB 09/20/1972 | AGE 022 | RACE B | SEX M | MAR ST S | PERM. PHONE NO. 203 624-3528 | | | INS. TYPE | SELF PAY |
| | | ADDRESS 51 VERNON ST | | RELIGION EPISCOPAL | | | | OTHER PHONE NO. — | | | |
| | | NEW HAVEN CT 06519 | | EMPLOYER UNEMPLOYED | | | | SOC. SEC. NO. 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 | | | |
| MU | Mult. Trauma | EMERGENCY NOTIFY MOTHER MILDRED NICHOLS | | EMERGENCY PHONE NO. 203 562-1720 | | USOMC NONE | MODE OF ARRIVAL | | | | 1 PPP |
| CD | CPR | | | | | | | | | | |
| MS | Med Ser Fee | | | | | | | | | | |

INITIAL VITAL SIGNS: T 16⁸ 100/60 16 98⁷  ALLER —  D.T. ☐  R.N. SIGNATURE  VALUABLES ☐Y ☐N  FAMILY/SECUR ☐

### DOCTORS ORDERS
Suture removal Kit

LST ER: 02/05/95

PROCEDURE:

SELF PAY   City of NH 130026

### HISTORY & PHYSICAL EXAM / TIME SEEN

CC:
HPI/ROS: Suture removal, 22 yo B♂ c̄ healed lac to ® side upper lip. wound done on Sunday here for suture removal

22 yo B♂ AA&O × NAD

PE:
wound well healed ~ ½ cm
on upper lip not through border

PMH:

RECORDS REVIEWED:

Suture removed.

R/O Tear Lac° infection

| DIFF. DX | | CBC | DIFF | | ABG'S | | CULTURES |
|---|---|---|---|---|---|---|---|
| GLASGOW COMA SCALE | TRAUMA SCORE | | PLTS | ESR | EKG | REVIEWED WITH RADIOLOGIST | ☐ THROAT |
| AMYL | LIPASE | | UA | | XRAY | | ☐ BLOOD |
| ETOH | TOX SCR | NOT INDICATED | | | | | ☐ URINE |
| LYTES | | PT | BETA PREG | | | | ☐ SPUTUM |
| | | PTT | UA PREG | | | | ☐ |
| | | T+C | TIME SENT: | INITIALS: | | | ☐ |

DIAGNOSIS / TIER: Suture removal V58.3
TREATMENT & ED COURSE: No s/sx infection

PT. INSTRUCTIONS: No Sunscreen

DISP: Home  CONDITION ☑IMPROVED ☐UNCHANGED  BACK TO WORK ☐YES ☐

FOLLOW UP PLAN:

HEALTH CARE PROVIDER SIGNATURE    NAME (PRINT CLEARLY)    M.D. RESPONSIBLE FOR DISPOSITION

# YALE NEW HAVEN HOSPITAL
## EMERGENCY DEPARTMENT NURSING RECORD

UNIT NO: 1021505
NAME: Nichols Luis
ADDRESS:
BIRTH DATE: 9-20-72

(If handwritten, record name, unit no. and date)

- ☐ Ambulance Unit #_____
  ETA _____
- ☐ Police
- ☒ Walk-in
- ☐ Helicopter
- ☐ Other _____

PRE-HOSPITAL TREATMENT
- ☐ Cervical/Spinal immobilization
- ☐ MAST
- ☐ Splint
- ☐ Other
- ☐ Complications:
- ☐ cardiac monitor  rhythm _____
- ☐ IV
- ☐ ETT/EOA
- ☐ O₂
- ☐ Meds _____

TRIAGE: AMBC
ALLERGIES: none known
NURSING ALERT:

CHIEF COMPLAINT: "spider" removal    TRIAGE TIME: 1515   DATE: 2/10/95
Primary Care Provider:
CLINICAL DATA: spider removal from nose

PMH: ⊘
MEDS: ⊘

PREGNANCY STATUS Y/N?
L.M.P.
LAST TETANUS:

TREATMENT IN TRIAGE:    GCS:
TRIAGE NURSE SIGNATURE: Karen [illegible]

TIME
### HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

pt received cutway on Monday and was told to come back today to have them removed

- Exposure to Communicable Disease(s):
- Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:

F-3560 (rev 10/94)

# EMERGENCY SERVICE VISIT RECORD

**New Haven Hospital**

| PATIENT'S CHIEF COMPLAINT | TRIAGE | | VISIT DATE | UNIT NUMBER |
|---|---|---|---|---|
| LEFT SHOULDER PAIN | A/B ACUTE | | 01/12/96 | 1027505 |

| PATIENT NAME | LAST | FIRST | MIDDLE | MAIDEN | TRIAGE TIME | TIME IN | PREV. HOSP. VISIT |
|---|---|---|---|---|---|---|---|
| | NICHOLS | LUIS | | | 2310 | 2324 | ☐ YES ☒ NO |

- DOB: 09/20/1972  AGE: 023  RACE: B  SEX: M  MAR ST: S
- PERM. PHONE NO.: 203 624-3528  INS. TYPE: CITY
- ADDRESS: 51 VERMONT ST
- NEW HAVEN CT 06519
- RELIGION: NONE OR RE
- EMPLOYER: UNEMPLOYED
- OTHER PHONE NO.: —
- SOC. SEC. NO.: 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
- USOMC: NONE
- MODE OF ARRIVAL: AMBULANCE  AMR
- PRINTED: 96/01/12  2326

PROCED. H.P.
C.H.C.P.
H.H.C.  Closed

CITY OF NH WELF 130026E     SELF PAY

**HISTORY & PHYSICAL EXAM:**

CC: ⓛ shoulder tenderness

HPI/ROS: Pt. is a 23 y/o black ♂ c/o ⓛ shoulder tenderness after he was involved in MVA. Pt. hit ⓛ shoulder against the door. ⊖ other injuries; ⊖ LOC intact, ⊖ CP

PE:
neck: ⓛ spinal + paraspinal cervical tenderness
good ROM
ⓛ shoulder - not inspected because pt. left before he was seen.

Walked out without completion of exam

**DIAGNOSIS:** shoulder pain
TIER 3

**TREATMENT & ED COURSE:**

DISP: Home
CONDITION: ☐ IMPROVED ☑ UNCHANGED
BACK TO WORK: ☐ YES

840.9
E812.5
E849.5

HEALTH CARE PROVIDER SIGNATURE / NAME (PRINT CLEARLY)
M.D. RESPONSIBLE FOR DISPOSITION



```
NICHOLS, LUIS                                                    AB-AMB
MRUN: 1027505   DOB: Sep-20-72              Report Date: Jan-30-95
```

## Diagnostic Imaging Consultation

Responsible Physician: WEIHL, ALBERT, M.D.          Ph: (203) 785-3111
                      YALE-NEW HAVE HOSPITAL
                      EMERGENCY ROOM MEDICAL SERVICE

2081472   Jan-29-95   9:25 PM   Requested by: WEIHL, ALBERT, M.D.
    SPINE 4 VIEWS OR MORE
       Transcribed on: Jan-30-95  9:26 AM by Kelly-Ann Matthews
Dx: NECK PAIN

---

CERVICAL SPINE SERIES 1/29/95

C1 through T1 was visualized. There is no evidence of fracture or dislocation. The intervertebral disc space height is well maintained.

IMPRESSION:

No evidence of fracture or dislocation.


Gary Leavitt, M.D. /reviews on line/
56 Gregory Weltin, M.D. /signs on-line/

M E D I C A L   R E C O R D   C O P Y

**Yale New Haven Hospital**

NICHOLS, LUIS  
MRUN: 1027505  DOB: Sep-20-72

C-AMBU  
Report Date: Jan-30-95

## Diagnostic Imaging Consultation

Responsible Physician:

WEIHL, ALBERT, M.D.  
YALE-NEW HAVE HOSPITAL  
EMERGENCY ROOM MEDICAL SERVICE

Phone: (203) 785-3111

2081472   Jan-29-95   9:25 PM   Requested by: WEIHL, ALBERT, M.D.  
    SPINE 4 VIEWS OR MORE

Dx: NECK PAIN

---

CERVICAL SPINE SERIES 1/29/95

C1 through T1 was visualized. There is no evidence of fracture or dislocation. The intervertebral disc space height is well maintained.

IMPRESSION:

No evidence of fracture or dislocation.

(signed) 56 Gary  Leavitt, M.D.  
        56 Gregory  Weltin, M.D.

C O P Y

**MEDICAL RECORD COPY**


*Yale-New Haven Hospital*

NICHOLS, LUIS                                                           AB-AMB
MRUN: 1027505  DOB: Sep-20-72                    Report Date: Jan-30-95

## Diagnostic Imaging Consultation

Responsible Physician: WEIHL, ALBERT, M.D.          Ph: (203) 785-3111
                       YALE-NEW HAVE HOSPITAL
                       EMERGENCY ROOM MEDICAL SERVICE


2081472   Jan-29-95   9:25 PM   Requested by: WEIHL, ALBERT, M.D.
     SPINE 4 VIEWS OR MORE
     Transcribed on: Jan-30-95  9:26 AM by Kelly-Ann Matthews
Dx: NECK PAIN
---

CERVICAL SPINE SERIES 1/29/95

C1 through T1 was visualized. There is no evidence of fracture or dislocation. The intervertebral disc space height is well maintained.

IMPRESSION:

No evidence of fracture or dislocation.


Gary Leavitt, M.D. /reviews on line/
56 Gregory Weltin, M.D. /signs on-line/
---
M E D I C A L   R E C O R D   C O P Y

**MEDICAL RECORD COPY**

# EMERGENCY SERVICE VISIT RECORD — Yale New Haven Hospital

**PATIENT'S CHIEF COMPLAINT:** ABDOMINAL PAIN
**CHART REQUESTED**

| Field | Value |
|---|---|
| PATIENT NAME (Last, First, Middle) | NICHOLS LUIS |
| TRIAGE TIME | 0505 |
| TIME IN | 0513 |
| PREV. HOSP. VISIT | NO |
| VISIT DATE | 03/26/96 |
| UNIT NUMBER | 102750? |
| DOB | 09/20/1972 |
| AGE | 023 |
| RACE | B |
| SEX | M |
| MAR ST | S |
| PERM. PHONE NO. | 203 387-1499 |
| INS. TYPE | SELF-PAY |
| ADDRESS | 540 VALLEY ST, NEW HAVEN CT 06511 |
| RELIGION | EPISCOPAL |
| EMPLOYER | UNEMPLOYED |
| SOC. SEC. NO. | 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 |
| EMERGENCY NOTIFY | MOTHER MILDRED NICHOLS |
| EMERGENCY PHONE NO. | 203 562-1720 |
| USOMC | PT STATES NONE |
| MODE OF ARRIVAL | CAR |
| PRINTED | 96/03/26 0513 |

**DOCTORS ORDERS:**
- Stool WBC → no stool
- Stool Cx → her
- SELF PAY

PMHx ⊖
meds ⊖
all ⊖

related to diar[rhea]

**HISTORY & PHYSICAL EXAM**

CC: Diarrhea / colicky abd pain
HPI/ROS: 23 y/o states had McDonald's hamburger today @ 11:30 pm. Then had explosive diarrhea c̄ tenesmus. ⊖ No ⊖ emesis ⊖ GIB ⊖ onset within 1° hour. Ate hard-cooked eggs c/w in am.

PE: T=95° 110/70
PMH ⊖
abd: ⊕ BS soft, midepig tend ⊖ rebound
rectal - heme tr positive brown
No rebound
No surgical abd

**DIFF DX:**
CBC ☐  DIFF ☐  ABG'S ☐
AMYL ☐ LIPASE ☐ PLTS ☐ ESR ☐ ECG ☐
ETOH ☐ TOX SCR ☐ UA ☐  XRAY ☐ REVIEWED WITH RADIOLOGIST ☐
LYTES ☐ PT ☐ BETA PREG ☐
PTT ☐ UA PREG ☐
T+C ☐

N/A    N/A

CULTURE: THROAT ☐ BLOOD ☐ URINE ☐ SPUTUM ☐

**DIAGNOSIS:** Diarrhea 787.91
TIER: 3

**TREATMENT & ED COURSE:**
Pt felt better p̄ IVF
⊖ stool in ED

**PT. INSTRUCTIONS:**
- see d/c instructions
- return c̄ bloody stool, fever, belly pain

DISP: Home
CONDITION: IMPROVED
BACK TO WORK: YES
FOLLOW UP PLAN: Fp prn

F-808C REV. 5/90    MEDICAL RECORD COPY

| | YALE NEW HAVEN HOSPITAL |
|---|---|
| UNIT NO. | EMERGENCY DEPARTMENT NURSING RECORD |
| NAME _Nichols_ | |
| ADDRESS  9-20-72 | |
| BIRTH DATE | |

(If handwritten, record name, unit no., and birth date)

| | PRE-HOSPITAL TREATMENT | | TRIAGE |
|---|---|---|---|
| ☐ Ambulance Unit # ___ | ☐ Cervical/Spinal immobilization | | AB Acute |
| ETA ___ | ☐ MAST | ☐ cardiac monitor | |
| ☐ Police | ☐ Splint | rhythm ___ | ALLERGIES |
| ☒ Walk-in | ☐ Other | ☐ IV | |
| ☐ Helicopter | ☐ Complications: | ☐ ETT/EOA | NGA |
| ☐ Other ___ | | ☐ O₂ | NURSING ALERT |
| | | ☐ Meds ___ | |

CHIEF COMPLAINT: Abd pain          TRIAGE TIME: 0505  DATE: 3-26-96
Primary Care Provider:
CLINICAL DATA  c/o  Abd  cramps  since  11:30 pm
since  Mcdonlan  Hamburger  (+) Nausea  (+) diarrhea

PMH: (+) Smoker  social EtOH

MEDS:                                                LAST TETANUS:

TREATMENT IN TRIAGE:                     GCS: 15
                               TRIAGE NURSE SIGNATURE: [signature]
TIME

HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

Same as above mention by pt after eating
a hamburger Stomach cramps and diarrhea

• Exposure to Communicable Disease(s):

• Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:

| Initial | Name | | Title | | | INTAKE | | | | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amy Reid | | Tech | | | | | | | | | | | | | | | |
| 736 | Tefferer | | | | | #20 PL LA | | | | | | | | | | | | |
| AH | Gunnerwin | | | | | | | | | | | | Urine Output | | | | | |

| VITAL SIGNS | | | | | | Initials | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | BP | HR/Rhythm | Temp | RR | O₂ Sat | | | | | | | | | | | | | |
| 5:25 PM | 170/80 | 88 | 99.4 | 14 | | | | | | | | | | | | | | |
| 0610 | | | | | | AH/NS | | | | | | | | | | | | |
| 0650 | 119/70 | 70 | | 16 | | 736 | | | | | | | | | | | | |

ABGS:
TIME: ___/___/___/___/___
      ___/___/___/___/___
      ___/___/___/___/___

Settings
F₁O₂ : _____
TV   : _____
Mode : _____
Rate : _____

Total Intake
IV    : _____
Oral  : _____
Other : _____

Total Output
Urine : _____
NGT   : _____
Stool : _____
CT    : _____
Other : _____

| PATIENT PROBLEM: | | | | | NURSING PLAN OF CARE: |
|---|---|---|---|---|---|

### MEDICATIONS

| Time | Medication | Dose Rte | Initials | Time | NURSING EVALUATION |
|---|---|---|---|---|---|
| | | | | 0015 | Pt to try toward ER stool specimen. 706 |
| | | | | 0650 | Pt F c/o. Ø stool present. Request IV D/C states full letter. 706 |

| LABS TIME | | | | | | |
|---|---|---|---|---|---|---|
| Chem 7 | | | | | | |
| LFT | | | | | | |
| Amylase Lipase | | | | | | |
| CBC | | | | | | |
| PLT | | | | | | |
| DIFF | | | | | | |
| PT/PTT | | | | | | |
| CLOT | | | | | | |
| Blood Culture | | | | | | |
| CK/MB | | | | | | |
| | | | | | | |
| Initials | | | | | | |

### PROCEDURES

```
EDAB -5122              YALE NEW HAVEN HOSPITAL                              PAGE 001
03/26/96  06:54 AM              (QAX$$P)
```

```
1027505                         03/26/96
NICHOLS, LUIS                   M   23
DOB: 09/20/72
MD:
RN:
```
                                                            DISCHARGE REPORT
                                                          -PERMANENT CHART COPY-

SUMMARY: 03/26 12:01 AM TO 06:54 AM

PATIENT INFORMATION:
 03/26 05:13AM ADMIT DX:ABDOMINAL PAIN                                          0850

                          LAST PAGE

---

NICHOLS, LUIS              1027505              DISCHARGE REPORT

```
EDAB -5121           YALE NEW HAVEN HOSPITAL                        PAGE 001
03/26/96  06:54 AM          (QAX$$P)


1027505                        03/26/96
NICHOLS, LUIS                  M   23
DOB: 09/20/72
MD:
RN:                                           DISCHARGE REPORT
                                            -PERMANENT CHART COPY-

SUMMARY: 03/26 12:01 AM TO 06:54 AM

THERE ARE NO ORDERS TO BE SIGNED
```

LAST PAGE