```
EDAB -5120              YALE NEW HAVEN HOSPITAL
03/26/96  06:54 AM              (QAX$$P)                           PAGE 001


1027505                         03/26/96
NICHOLS, LUIS                   M   23
DOB: 09/20/72
MD:
RN:                                                      DISCHARGE REPORT
                                                       -PERMANENT CHART COPY-
```

SUMMARY: 03/26 12:01 AM TO 06:54 AM

NEW ORDERS ENTERED FOR THE DAY:

*03/26/96  06:04 AM*
    1 WBC, QUAL, SPOT STOOL, TODAY, (03/26/96), (M0E3)
    2 ROUTINE CULTURE & SENSITIVITY, STOOL, STOOL, TODAY, (03/26/96), (M0E3)
*ENTERED BY: FULOP,TA*         MD         --COMPUTER-CODE SIGNATURE--

---

*THERE WERE NO ORDERS HELD TODAY*

---

*NO ORDERS WERE COUNTERSIGNED TODAY*

---

LAST PAGE

---

NICHOLS, LUIS              1027505                   DISCHARGE REPORT

```
UNIT NO.   NICHOLS      LUIS
NAME       540 VALLEY ST
ADDRESS    NEW HAVEN        CT 06511
           09/20/72  EMS 387-1499
BIRTH DATE ER EDAB
```

YALE-NEW HAVEN HOSPITAL
Emergency Department
Adult Discharge Instructions

## ____ WOUND/BURN CARE

Keep dressing clean and dry.
If dressings need to be changed, you should change them and call your doctor.
Keep the injured part elevated as much as possible.
Do not break any burn blisters or remove skin. Do not put butter or grease on your burn.
Check your wound and surrounding skin for the following signs of infection.
a. redness         d. red streaking around the site
b. drainage        e. swelling
c. increased pain  f. foul odor
**Call your physician if any of these are present.**
Return for wound check _____.

## ____ SUTURES

Stitches should be removed in _____ days by the Emergency Department or your own physician.
If you choose to return to the Emergency Department for suture removal, you should do so between the hours of 8:00 am and 12:00 noon, 7 days a week.

## ____ HEAD INJURY

The patient should be checked every _____ hours for the following:
Warning signs of possible increasing injury to the brain:
1. Unusual behavior, sleepiness, stupor, difficulty in arousing patient after sleep.
2. Walking off balance or constant falling to one side or the other. Paralysis of an arm or leg.
3. Unusual movements of the eyes.
4. Vomiting with or without nausea.
5. Severe headache - not relieved by aspirin.
6. Fever, shaking chills.
7. Bleeding from the nose or ears.
If any of the above signs of symptoms are noted, please contact your family doctor or the doctors at the Yale-New Haven Hospital Emergency Department **AT ONCE.**

## ____ MEDICATIONS

Prescriptions given _____.
Fill prescription promptly.
Antibiotics must be taken until the prescription is finished.
You have been given a tetanus booster today _____.
Other Instructions: *Fluids. Please return with bloody diarrhea or fever or increased abdominal pain.*

DISCHARGE

## ____ SPRAIN AND FRACTURE CARE

Avoid using the affected joint for _____ hours.
Keep the injured part elevated for _____ hours.
Ice pack to affected area for first _____ hours. Use for 10-20 minutes 4 or 5 times a day to reduce swelling.
Never place ice directly on skin.
Hot pad or hot soaks to affected area 4-5 times daily for 15 to 30 minute periods after the first 24 hours.
If you have a cast keep it perfectly dry.
Watch for swelling, pain, burning, color changes, numbness or tingling of injured limb. **See doctor immediately if this happens.**
Wiggle toes or fingers of injured part frequently.
Use cane / crutches for _____ days: _____ partial weight bearing: _____ no weight bearing.

## ____ BACK PAIN/STRAIN

No limitations for activity _____.
Activity as tolerated when pain free _____.
May return to work / school with the following limitations:
a. No lifting for _____ days.
b. No standing for periods longer than 15-30 minutes for _____ days.
c. No Physical Ed classes for _____ days.
Bed rest for _____ days.
Apply moist heat to low back 4 times a day for at least 20 minutes.

## ____ GENERAL INSTRUCTIONS

Nosebleed instruction      Cast care
Crutch walking             Xray instructions
Eye injuries               Culture results
- The exam and treatment you have received in the Emergency Department have been on an emergency basis only. It has not been intended to be a substitute for complete medical care.
- You are responsible for making arrangements for follow up care with the doctor listed below.
- Call _____ to make an appointment for follow up care. If the doctor cannot be reached, return to the Emergency Department.
- I have received and understand the instructions indicated above.

_____  _____
Patient Signature       Date

_____  _____
Primary Nurse Signature Date

_____  _____
(Attending) Physician Signature  Date

CHART

F-3649 B

# Yale-New Haven Hospital — Emergency Service Visit Record

| | |
|---|---|
| PATIENTS CHIEF COMPLAINT | NEEDS MEDS |
| TRIAGED TO | URGENT CARE |
| VISIT DATE | 11/25/97 |
| UNIT NUMBER | 1027505 |
| PATIENT NAME | NICHOLS, LUIS |
| TRIAGE TIME | 1523 |
| TIME IN | 1540 |
| PREV. HOSP. VISIT | NO |
| DOB | 09/20/1972 |
| AGE | 025 |
| RACE | B |
| SEX | M |
| MAR ST | S |
| PERM. PHONE NO. | 203 562-8485 |
| ADDRESS | 197 BLATCHLEY AV, NEW HAVEN CT 06513 |
| RELIGION | NONE OR RE |
| EMPLOYER | STUDENT |
| SOC. SEC. NO. | 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 |
| EMERGENCY NOTIFY | MOTHER — MILDRED NICHOLS |
| EMERGENCY PHONE NO. | 203 562-1720 |
| USOMC | NONE |
| MODE OF ARRIVAL | WALK-IN |
| PRINTED | 97/11/25 1541 |
| INITIAL VITAL SIGNS — R | 98.3 |

PROCEDURE:

CODED DEC -1 1997

## History & Physical Exam

CC: needs meds.

HPI/ROS: 25 yo ♂ — GF being Rx'd for PID — here for medications
⊖ sx's  ⊖ d/c  ⊖ dysuria  ⊖ F/C/N/V

PE: WDWN 25 ♂ in NAD
Skin warm dry intact
Genitalia — nl male uncirc.
testes ↓↓ — no masses
⊖ lesions  ⊖ d/c
⊖ LAN

PMH: ⊖

## Diagnosis

STD contact

TIER: 2

## Treatment & ED Course

Zithromax 1 gm po  V016
Rocephin 250 mg IM

PT. INSTRUCTIONS: call culture results

FOLLOW UP PLAN: to call culture results

DISP: home

CULTURES: pen(?)

| UNIT NO. | | YALE NEW HAVEN HOSPITAL |
|---|---|---|
| NAME Nichols, ~~Kent~~ Luis | | EMERGENCY DEPARTMENT NURSING RECORD |
| ADDRESS | 9 20 72 | |
| BIRTH DATE | | |

(If handwritten, record name, unit no., and birth date)

| | PRE-HOSPITAL TREATMENT | | TRIAGE |
|---|---|---|---|
| ☐ Ambulance Unit # ____ | ☐ Cervical/Spinal immobilization | | UC ant. |
| ETA ____ | ☐ MAST | ☐ cardiac monitor | ALLERGIES |
| ☐ Police | ☐ Splint | rhythm ____ | deny |
| ☐ Walk-in | ☐ Other | ☐ IV | |
| ☐ Helicopter | ☐ Complications: | ☐ ETT/EOA | NURSING ALERT |
| ☐ Other ____ | | ☐ O₂ | |
| | | ☐ Meds ____ | |

CHIEF COMPLAINT: Needs Meds.    TRIAGE TIME: 623   DATE: 11/25/97

Primary Care Provider:

CLINICAL DATA
Guilford TX for PID w/ ceftriaxone inject
Needs Tx himself

PMH: deny

MEDS: deny    LAST TETANUS:

TREATMENT IN TRIAGE:    GCS:

TRIAGE NURSE SIGNATURE: [signature]

TIME

HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

25 year old male into ED for STD treatment. patient's girlfriend being treated today. patient denies any S&S: ⊖ penile discharge, ⊖ abd pain, burning on urination. ⊖ Prior medical hx ⊖ meds

• Exposure to Communicable Disease(s):
• Community/follow-up agencies currently involved in care: (specify)

EKG STRIP:    Komille Koch

F-3560 (rev 10/94)

```
EDUR -8927              YALE NEW HAVEN HOSPITAL                           PAGE 001
11/25/97  05:18 PM            (QAX$$P)

EDUR
1027505                       11/25/97
NICHOLS, LUIS                 M  25
DOB: 09/20/72
MD:                                                        DISCHARGE REPORT
RN:                                                       -PERMANENT CHART COPY-
```

SUMMARY: 11/25 12:01 AM TO 05:18 PM

NO NEW ORDERS ENTERED TODAY

THERE WERE NO ORDERS HELD TODAY

NO ORDERS WERE COUNTERSIGNED TODAY

LAST PAGE

NICHOLS, LUIS                    1027505                    DISCHARGE REPORT

```
EDUR -8928              YALE NEW HAVEN HOSPITAL                              PAGE 001
11/25/97  05:18 PM                (QAX$$P)

EDUR
 1027505                          11/25/97
NICHOLS, LUIS                     M   25
DOB: 09/20/72
MD:                                                      DISCHARGE REPORT
RN:                                                    -PERMANENT CHART COPY-


SUMMARY: 11/25 12:01 AM TO 05:18 PM

THERE ARE NO ORDERS TO BE SIGNED
```

LAST PAGE

```
EDUR -8929              YALE NEW HAVEN HOSPITAL                                    PAGE 001
11/25/97  05:18 PM              (QAX$$P)

EDUR
 1027505                         11/25/97
NICHOLS, LUIS                    M   25
DOB: 09/20/72
MD:                                                                        DISCHARGE REPORT
RN:                                                                       -PERMANENT CHART COPY-

SUMMARY: 11/25 12:01 AM TO 05:18 PM

PATIENT INFORMATION:
 11/25 03:40PM ADMIT DX:NEEDS MEDS                                                    4016

                                   LAST PAGE
```

NICHOLS, LUIS                         1027505                         DISCHARGE REPORT

```
EDUR -8936              YALE NEW HAVEN HOSPITAL
11/25/97 06:23 PM                (QCZFTX)                          PAGE 001
```
---
```
EDUR                                            SPECIMEN PICKUP SHEET
.1027505                         11/25/97
NICHOLS, LUIS                      M  25           BATCH#: 42926
197 BLATCHLEY AVE NEW HAVEN CT                  COLL DATE:  N/A
MD:                                             COLL TIME:  N/A
RN:
DOB: 09/20/72
```
---

SPM:354482     SPEC TYPE:   VARIABLE          CONT TYPE:   **CHLAMYDIA TRANS**

  GC/CHLAMYDIA PROBE, GENITAL, PENILE, TODAY,
    (11/25/97), (SOWL) (34285)                        GC/CHLA      1.01
  ORDERED BY: WHITEHURST,KM  PA

                          LAST PAGE

-*-

```
EDUR -8937              YALE NEW HAVEN HOSPITAL                              PAGE 001
11/25/97  06:24 PM            (QAX$$P)
_____
 EDUR
 1027505                              11/25/97
 NICHOLS, LUIS                        M   25
 DOB: 09/20/72                                         DISCHARGE REPORT
 MD:                                                  -PERMANENT CHART COPY-
 RN:
_____

SUMMARY: 11/25 12:01 AM TO 06:23 PM

NEW ORDERS ENTERED FOR THE DAY:

11/25/97  06:23 PM
     1 GC/CHLAMYDIA PROBE, GENITAL, PENILE, TODAY, (11/25/97), (SOWL)
   ENTERED BY: WHITEHURST,KM  PA       --COMPUTER-CODE SIGNATURE--
```

**THERE WERE NO ORDERS HELD TODAY**

**NO ORDERS WERE COUNTERSIGNED TODAY**

LAST PAGE

NICHOLS, LUIS                    1027505                      DISCHARGE REPORT

```
EDUR -8938           YALE NEW HAVEN HOSPITAL                           PAGE 001
11/25/97  06:24 PM           (QAX$$P)

 EDUR
 1027505                         11/25/97
 NICHOLS, LUIS                    M  25
 DOB: 09/20/72                                      DISCHARGE REPORT
 MD:                                               -PERMANENT CHART COPY-
 RN:

SUMMARY: 11/25 12:01 AM TO 06:23 PM

THERE ARE NO ORDERS TO BE SIGNED
```

                              LAST PAGE

---

NICHOLS, LUIS                    1027505                    DISCHARGE REPORT

```
EDUR -8939              YALE NEW HAVEN HOSPITAL
11/25/97  06:24 PM            (QAX$$P)                              PAGE 001

EDUR
.1027505                      11/25/97
NICHOLS, LUIS                 M  25
DOB: 09/20/72
MD:                                                    DISCHARGE REPORT
RN:                                                   -PERMANENT CHART COPY-

SUMMARY: 11/25 12:01 AM TO 06:23 PM

PATIENT INFORMATION:
 11/25 03:40PM ADMIT DX:NEEDS MEDS                                    4016

                              LAST PAGE
```

```
EDREG-9494              YALE NEW HAVEN HOSPITAL
11/26/97  12:02 AM                  (QAXED$)                              PAGE 001
==========================================
EDUR                                                    \\\   \\\\   \\\\
1027505                          11/25/97                \ \   \ \\\   \  \
NICHOLS, LUIS                    M   25                   \ \   \ \\\   \  \
DOB: 09/20/72                                              \ \    \ \    \  \
MD:                                                       \\\     \ \   \\\\
RN:                                                      SUPPLEMENTARY REPORT
==========================================
SUMMARY: 11/25 06:23 PM TO 11:59 PM                      -PERMANENT CHART COPY-

NEW ORDERS ENTERED FOR THE DAY:

11/25/97  06:23 PM
     1 GC/CHLAMYDIA PROBE, GENITAL, PENILE, TODAY, (11/25/97), (SOWL)
  ENTERED BY: WHITEHURST,KM  PA          --COMPUTER-CODE SIGNATURE--

----------------------------------------------------------------

                    NO ORDERS WERE COUNTERSIGNED TODAY
----------------------------------------------------------------

                              LAST PAGE
```

================================================
NICHOLS, LUIS               1027505                      DISCHARGE REPORT
-*-

Case 3:02-cv-01502-EBB    Document 24-7    Filed 05/25/2004    Page 13 of 15

# EMERGENCY SERVICE VISIT RECORD

Yale-New Haven Hospital

**CHIEF COMPLAINT:** FEVER, NAUSEA, VOMITING

| PATIENT NAME | LAST: NICHOLS | FIRST: LUIS | MIDDLE | MAIDEN | TRIAGE TIME: 1720 | TIME IN: 1730 | PREV. HOSP. VISIT: NO | VISIT DATE: 02/16/98 | UNIT NUMBER: 1027505 |

- DOB: 09/20/1972
- AGE: 025
- RACE: B
- SEX: M
- MAR ST: S
- PERM. PHONE NO.: 203 562-8485
- INS. TYPE: SELF PAY
- ADDRESS: 178 BLATCHLEY A, NEW HAVEN CT 06513
- RELIGION: NONE OR RE
- EMPLOYER: UNEMPLOYED
- SOC. SEC. NO.: 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
- EMERGENCY NOTIFY: OTHER — AUDREY TRAYNHAM
- EMERGENCY PHONE NO.: 203 624-428
- USOMC: NONE
- MODE OF ARRIVAL: WALK-IN
- PRINTED: 98/02/16 1732

**DOCTORS ORDERS:**
Nq arrul @ 2132
W/O

SELF PAY

**CODED FEB 18 1998** By A. Loveless

CC:
HPI/ROS:
PE:
PMH:

RECORDS REVIEWED:

DIFF DX:

UA PREG: 7806
DIAGNOSIS: 7806
TREATMENT & ED COURSE: 78701

UNIT NO.
NAME Nichols, Lois
ADDRESS
BIRTH DATE 9/20/72

(If handwritten, record name, unit no., and birth date)

**YALE NEW HAVEN HOSPITAL**
**EMERGENCY DEPARTMENT NURSING RECORD**

| | PRE-HOSPITAL TREATMENT | | TRIAGE |
|---|---|---|---|
| ☐ Ambulance Unit # ___ ETA ___ | ☐ Cervical/Spinal immobilization | | B Level 3 |
| ☐ Police | ☐ MAST | ☐ cardiac monitor | ALLERGIES |
| ☒ Walk-in | ☐ Splint | rhythm ___ | |
| ☐ Helicopter | ☐ Other | ☐ IV | Ø |
| ☐ Other ___ | ☐ Complications: | ☐ ETT/EOA | NURSING ALERT |
| | | ☐ O₂ | |
| | | ☐ Meds ___ | |

CHIEF COMPLAINT: Fever, N,V "   TRIAGE TIME: 1725   DATE: 2/16/99
Primary Care Provider: Ø
CLINICAL DATA ⓢ N,V yesterday  ⊕ fever - since yesterday
A+B₃  ⓞ urine ○ ⓞ cp

PMH: Ø

MEDS: Ø   LAST TETANUS:

TREATMENT IN TRIAGE: K+D 94, 108, 20   GCS: 15
T 101.2
TIME   TRIAGE NURSE SIGNATURE: [signature]

**HEALTH PERCEPTION/HEALTH MANAGEMENT PATTERN**
Existing Health Problems • Risk Factors • Perception of Illness • General Health Status and Behavior • State of Patient's Hygiene

• Exposure to Communicable Disease(s):
• Community/follow-up agencies currently involved in care: (specify)
EKG STRIP:

F-3560 (rev 10/94)

```
Unit No.:
Name:
Address: 102  75  05
         NICHOLS           LUIS
Birthdate) 78 BLATCHLEY AVE
           NEW HAVEN      CT 06513
           08/20/72  BHS 562-8485
If handwritten, record name, unit no., and birthdate.)
           ER EDC
```

# YALE-NEW HAVEN HOSPITAL
## ADVANCE DIRECTIVES
## ANATOMICAL DONATIONS

**INSTRUCTIONS:** This form is to be completed during the admission process for every adult patient (age 18 or older). Please refer to the Yale-New Haven Hospital Administrative Policy A-11 for information about advance directives. If the patient is too ill to be asked questions or to receive information, the questions are to be asked of a family member or significant other. If this is not possible, note this fact in the form; information then must be requested of the patient or family member later during the admission.

For the questions below, circle the appropriate response (Yes or No). The full name of the staff member(s) obtaining the information is to be noted in the "key" at the end of the form, along with indication of which questions were asked by that staff member. If information is obtained from a family member or significant other, please indicate the name of the person supplying information and the relationship to the patient.

**PLEASE BE SURE THAT ALL QUESTIONS ARE ANSWERED.**

**Advance Directives and Informed Consent:**


Initials

Date 2/16/98

1. Verify that the patient or representative has received a copy of the Patient Self Determination Act booklet containing information about patient's rights under state law and hospital policy.

   Patient _____

   Representative _____

   Relationship to Patient_____

Yes / **No** 2. Has the patient executed a living will or other advance directive?

If "yes", please indicate what type(s) of advance directives the patient has.
- ❏ Living Will
- ❏ Health Care Agent
- ❏ Durable Power of Attorney for Health Care
- ❏ Combined form - Living Will, Health Care Agent & Durable Power of Attorney
- ❏ Conservator (guardian)
- ❏ Designation of individual to appoint as conservator (guardian)
- ❏ Other _____



Yes / **No** If "no", does patient wish to have further information about Advance Directives? If so, provide state packet containing forms and additional information. Further inquiries should be referred to Nursing/Social Work.