```
EDAB -6834              YALE NEW HAVEN HOSPITAL
02/16/98   22:24              (QAX$$P)                              PAGE 001

EDAB
1027505                       02/16/98                       DISCHARGE REPORT
NICHOLS, LUIS                  M  25                        -PERMANENT CHART COPY-
DOB: 09/20/72
MD:
RN:
```

SUMMARY: 02/16 00:01 TO 22:24

NO NEW ORDERS ENTERED TODAY

THERE WERE NO ORDERS HELD TODAY

NO ORDERS WERE COUNTERSIGNED TODAY

LAST PAGE

```
EDAB -6835            YALE NEW HAVEN HOSPITAL                          PAGE 001
02/16/98  22:24             (QAX$$P)

EDAB
1027505                      02/16/98
NICHOLS, LUIS                   M  25
DOB: 09/20/72
MD:                                              DISCHARGE REPORT
RN:                                           -PERMANENT CHART COPY-

SUMMARY: 02/16 00:01 TO 22:24

THERE ARE NO ORDERS TO BE SIGNED
```

LAST PAGE

```
EDAB -6836              YALE NEW HAVEN HOSPITAL
02/16/98  22:24                  (QAX$$P)                              PAGE 001

EDAB
1027505                         02/16/98
NICHOLS, LUIS                    M   25
DOB: 09/20/72
MD:                                                          DISCHARGE REPORT
RN:                                                         -PERMANENT CHART COPY-
```

SUMMARY: 02/16 00:01 TO 22:24

PATIENT INFORMATION:
 02/16 17:31    ADMIT DX:FEVER, NAUSEA, VOMITING                           6535

NURSING NOTES:
 02/16 22:24    TRANSFERRED IN ED TO- EDAB                                  ABA

                              LAST PAGE

---

NICHOLS, LUIS            1027505              DISCHARGE REPORT

| MEDICAL RECORD COPY | YALE-NEW HAVEN HOSPITAL | EMERGENCY SERVICE VISIT RECORD PAGE 1 |
|---|---|---|
| PATIENT NAME: LAST NICHOLS FIRST LUIS MIDDLE | VISIT NUMBER 30002499  DATE 09/29/99 | MED RECORD NUMBER 1027505 |

## ORDERS

| Time | Order | MD/PA Signature | RN Init. | Time | Order | MD/PA Signature | RN Init. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## HISTORY

Source of Hx **Patient**     Hx unobtainable due to _____

CC (R) eyelid swelling    @ 7PM

HPI 27 y/o ♂ scuffle w/ police, fell on pavement / (R) upper eyelid swelling ↑. Patient ∅ LOC. Typically wears glasses. Sees black spots

PMH H/o TB - took INH x 6 months
H/o head trauma -
Tremors

MEDS ∅

**CODED OCT 04 1999**

Allergy/Immunizations: NKDA

Soc Hx  Tobacco ☐ Yes  ☐ No   ETOH ☑ Yes ☐ No   Other drugs some marijuana
Resides ☑ home ☐ institution ☐ homeless   Assistance ☐ Family ☐ VNA ☐ aide ☑ none

Fam Hx _____

### Review of Systems
| | Neg. | Pos. (see HPI) |
|---|---|---|
| Constitutional | — | X |
| Eyes | ✓ | — |
| ENT | ✓ | — |
| Neck | ✓ | — |
| Chest | ✓ | — |
| CV | ✓ | — |
| Endoc | ✓ | — |
| GI | ✓ | — |
| GU | ✓ | — |
| Heme Lymph | ✓ | — |
| MS | ✓ | — |
| Skin | ✓ | — |
| Neuro | ✓ | — |
| Psych | ✓ | — |
| All Imm. | — | — |

☐ All other systems reviewed and negative

## PHYSICAL EXAM

Time 1030  T 97.5  P 76  R 20  BP 148/95  O2 SAT 97%  Ht ___ Wt ___

Appearance _____
Head _____
Eyes Abrasion upper eyelid
ENT ↑ swelling, tender
EOMI, PERRL
oropharynx clear
Neck supple
Resp CTA Ⓑ

Chest/Breast _____
CV RRR, S1/S2
Abd ⊕ BS, soft, NT/ND
Rectal _____
GU _____
Skin _____

M-S _____
920
E975
Neuro E8495
Psych 3799?
Lymph

Laboratory _____  EKG _____  Imaging _____

Consultants/PMD Called _____ Time _____  Time _____
Diff Dx _____
Final Dx SUPRA-ORBITAL CONTUSION   Disposition TO JAIL
Condition ☐ Improved ☑ Unchanged ☐ Deceased

Resident/PA Name HGN  Signature ___  Attending Name ___  Signature ___

F-808C (R1198)

# YALE-NEW HAVEN HOSPITAL

| | LAST | FIRST | MIDDLE | VISIT NUMBER | DATE | MED RECORD NUMBER |
|---|---|---|---|---|---|---|
| PATIENT NAME | NICHOLS | LUIS | | 30002499 | 09/29/99 | 1027505 |

| | | | | |
|---|---|---|---|---|
| CHIEF COMPLAINT | SWELLING OVER RIGHT EYE | | | |
| TRIAGE TO | ED AB SECTION | TRIAGE TIME 09:20 PM | REG. TIME | 09:16 PM |
| SS# | 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 | MODE OF ARRIVAL | POLICE | |
| DOB | 09/20/1972  AGE 27  RACE HI  SEX M | RELIGION | UNKNOWN | |
| ADDRESS | 18 DICKERSON ST  SECOND FLOOR | NEW HAVEN, CT 06511 | | |
| EMPLOYER | | Emp Status: NOT EMPLOY | | |
| PERMANENT PHONE | 203 435-7455 | OTHER PHONE | | |
| EMERGENCY CONTACT | NICHOLS AUDREY | EMERGENCY PHONE | 203 435-7455 | |
| PCP | NONE | CONTACTED ☐ | PCP PHONE | |
| INSURANCE | SELF-PAY | POLICY # | AUTH # | |

## PROCEDURES

Resident / PA name    signature    Attending present    signature

## ATTENDING EVALUATION

I have supervised __DR CHEN__ in the evaluation and treatment of this patient.

I have reviewed the history above for completeness and accuracy. Of note:

PT SUST CTXN TO FACE DURING ARREST BY POLICE

I have confirmed that the above physical exam is complete and accurate. My own examination also revealed:

A,O, GCS 15, ECCHY PERRL
(R) SUPRAORBITAL Ø/AU FACIAL FX
ECCHYMOSIS
VIS ACUITY N w/ NEAR TESTING O.U.

I have reviewed all available laboratory and imaging studies and interpret them as follows:

Ø

Prior records reviewed ☐ Yes ☐ No    Critical care time _____ minutes

I have discussed my assessment and plan with _____ consultants including:

Assessment:

Plan and disposition:    SUPRA-ORBITAL CONTUSION

ED reevaluation or observation notes:

UPDATE 22:45
DO NOT SUSPECT ORBITAL OR FACIAL FX @ THIS TIME, WILL D/C TO JAIL

Signed out to Dr. _____ at _____ :_____

Attending signature _____ time
Attending signature _____ time

**YALE-NEW HAVEN HOSPITAL**

Unit No.: 102 75 05      09/29/99
Name: NICHOLS LUIS
Address: 12 DICKERSON ST      09201972
NEW HAVEN     CT    06511
Birthdate:
VISIT    30002499
(If handwritten, record name, unit no., and birthdate.)

**Emergency Department Discharge Instructions**

Adult Emergency Department    688-2222
Pediatric Emergency Department  688-3333

**DIAGNOSIS:** 1) Facial Contusion    2) _____

**Instruction sheets:**

☐ Abdominal Pain   ☐ Chest Pain   ☐ MVC/Head Injury   ☐ Sprains/Fractures   ☐ Micromedex (specify type)
☐ Asthma          ☐ Fever        ☐ Neck Strain        ☐ Wounds/Sutures     _____
☐ Back Pain       ☐ Flu/Colds    ☐ Otitis             ☐ Vomiting/Diarrhea  ☐ Other
☐ Burn Care       ☐ Headache     ☐ Sore Throat        ☐ Substance Abuse    _____

**Additional instructions:**
Ice packs every 15 minutes
Motrin as prescribed.

**Come back to the Emergency Department if you have these symptoms:**
Worsening swelling,
Vision problems (double vision, visual changes)

**Medications prescribed - instructions on use:**
Motrin 600mg by mouth every 6 hours as needed.

☑ You may return to work/school on 9/31/99 _____. If you are still unable to return by this date, you should contact your doctor.

**Please call to arrange follow-up with: / Por favor llame para una cita con:**

(Doctor/Clinic Name)_____    Telephone/Telefono:_____

**Your appointment is scheduled with: / Su cita esta marcada con:**

(Doctor/Clinic Name)_____    Day/Date/Time:_____

I received and understand these instructions: / He recibido y entiendo estas instrucciones:

X  Luis Nichols
*Patient/Parent Signature*

_____ CHEN
*Physician/Physician Assistant*        *Nurse*
Emergency Department Staff            Emergency Department Staff

If you do not have a regular doctor, please call the Yale-New Haven Hospital Physician Referral Service at 688-2000. / Si no tiene doctor regular, por favor llame al servicio de referencia de medicos del Hospital Yale-New Haven al 688-2000.

F-4144 (N1297)

435-7155
Audrey

| UNIT NO. | |
|---|---|
| NAME | Nichols, Luis |
| ADDRESS | |
| BIRTH DATE: | 9-20-72 |
| VISIT NUMBER: | |

YALE-NEW HAVEN HOSPITAL

20 York Street • New Haven, CT 06504

**EMERGENCY SERVICES FLOWSHEET**

IN POLICE RM

Name: ____
Date of Birth: ____
Chief Complaint: Swelling over (R) eye
Triage Time: 2115
Date: 9-29-99
Primary Care Provider: none
☐ Referred by PCP

**Patient Classification**
I   II   ☒ Police   ☐ Walk-in
(III)  IV  ☐ Car    ☐ Lifestar
          ☐ Ambulance Unit # ____
          ☐ Other ____

Pre-Hospital Medication ____
Pre-Hospital ☐ N/A  ☐ CPR  ☐ IV  ☐ O2 ____
☐ Spinal Immobilization  ☐ Cardiac Monitor ____  ☐ Intubated
☒ Vital Signs ____  ☐ Other ____

**Clinical Data:** Involved in altercation swelling to (R) eyebrow. ⊖ LOC. C⊕O x3. Ambulatory. c/o "slight headache"
*Police officer advised to attach pts cuffs to metal bar on bench in police rm to promote better circulation. Pt c/o hand tingling.

PMH: none
Meds: none

**Allergies:** denies
**Reaction:**
**Last Tetanus:**

| Injury History | Mental Status | Speech | Skin | Respiratory |
|---|---|---|---|---|
| ☐ MVC | ☒ Conscious ☐ Unconscious | ☒ Coherent | ☐ Hot ☐ Mottled | ☒ Normal Effort |
| ☐ Driver ☐ Passenger | ☐ Unconscious x ___ min | ☐ Incoherent | ☒ Warm ☐ Cyanotic | ☐ Dyspneic |
| ☐ Front ☐ Rear | ☐ Oriented x ___ | ☐ Silent | ☒ Dry ☐ Jaundiced | ☐ slight |
| SB ☐ Y ☐ N | | | | ☐ moderate |
| ☐ Airbag LOC ☐ Y ☐ N | ☐ Lethargic ☐ Confused | ☐ Slurred | ☐ Cold ☐ Ruddy | ☐ severe |
| ☐ MCC Helmet ☐ Y ☐ N | ☐ Agitated ☐ Uncooperative | ☐ Crying | ☐ Cool ☐ Pale | ☐ Wheezing, audible |
| ☐ Fall ___ feet | ☐ GCS ___ | | ☐ Moist ☐ Pink | ☐ Hyperventilating |
| ☒ N/A | | | | ☐ Apneic |

**Vital Signs:** T 97  P 76  R 20  BP 148/88  O2 SAT 97%   LMP ____  ☐ N/A

**HEARING IMPAIRED**
Patient ☐ Yes ☒ No
Other ☐ Yes ☐ No
Other communication need ____

**Recent Exposure To:**
TB ☐ Yes ☒ No
Measles ☐ Yes ☐ No
Varicella ☐ Yes ☐ No

Triage Nurse Signature: _[signature]_

**Interventions**
☒ None at this time  ☐ C-Spine immobilization
☐ Cleanse & DSD  ☐ Urine Dip
☐ Ice  ☐ Urine hCG + −
☐ Splint/Sling  ☐ Peak Flow  ☐ Breathalyzer

**Triage Protocols**
☐ Film Ordered ____ Time ____
☐ Film Completed @ ____
☐ Finger Stick ____
☐ Apples

**Level of Consciousness**
| Eye Opening | | Best Verbal Response | | Best Motor Response | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeying | 6 |
| To Speech | 3 | Confused Conversation | 4 | Localizes | 5 |
| To Pain | 2 | Inappropriate Words | 3 | Withdrawn | 4 |
| None | 1 | Incomprehensible Sounds | 2 | Abnormal Flexion | 3 |
| Close | C | None | 1 | Extension Response | 2 |
| | | Intubated | 1 | None | 1 |

Minor ☐ Consent obt. from ____   ☐ Consent not needed

F-4292 (R0899)

| INITIAL | SIGNATURE | | INITIAL | SIGNATURE | | TITLE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SP | [signature] | | RN | | | |

## Vital Signs

| TIME | BP | HR | RR | TEMP | O2 SAT | PAIN | INIT |
|---|---|---|---|---|---|---|---|
| | VS from triage — stable | | | | | | SP |

## Medications

| TIME | MEDICATION | DOSE | ROUTE | INIT | TIME | RESPONSE TO MEDICATION | INIT |
|---|---|---|---|---|---|---|---|
| 2237 | Tetanus | 0.5 | IM | SP | | | |
| | Tetanus and Diphtheria Toxoids Adsorbed 0.5 mL, For Adult Use, Lot 7345CA, Rx only, US Lic. #711, Mfd. by: CONNAUGHT LABORATORIES, INC. Swiftwater, PA 18370, USA 3722 | | | | | | |
| 2250 | Motrin | 800 | PO | SP | | | |

Pain Scale: 0 NO PAIN — 5 MODERATE PAIN — 10 WORST POSSIBLE PAIN

| DATE | TIME | PROGRESS NOTES AND CONTINUATION SHEET |
|---|---|---|
| 9/29 | | NSG eval done MD – bs to exam |
| | 2255 | Pt ✓ d/c'd into Police custody. Pt self-ambulatory out of the unit c̄ visible difficulties — SR. |

## Admission Assessment

### Chest Assessment

| | Right | Left |
|---|---|---|
| Clear | | |
| Rales | | |
| Rhonchi | | |
| Wheezes | | |
| Rubs | | |
| Stridor | | |
| Absent | | |

### Circulation

**Pulse:**
- ☑ Regular
- ☐ Irregular
- ☐ Bounding
- ☐ Thready
- ☐ Absent

**Capillary Refill:**
- ☑ Normal
- ☐ Prolonged

### Abdomen
☐ N/A ☐ Flat ☐ Soft ☐ Distended
Tenderness ☐ LUQ ☐ LLQ ☐ RUQ ☐ RLQ ☐ Epigastric
Bowel Sounds ☐ Present ☐ Absent
Last BM _____

### GI / GU / GYN
☐ N/A
**Genitourinary**
☐ Flank pain ☐ L ☐ R
☐ Dysuria ☐ Frequency
☐ Hematuria ☐ Burning
**Reproductive**
☐ No problems identified
☐ Pregnant EDC: _____
G ___ P ___
☐ Fetal HR _____
☐ Bleeding
LMP _____

### Musculoskeletal
☐ N/A
☐ Limited movement of _____
☐ Pain _____ (0-10)
☐ Swelling
☐ Deformity
☐ Rotation
CSM ☐ Intact ☐ Compromised

1. Pain
2. Abrasion
3. Laceration
4. Puncture
5. Deformity
6. Swelling
7. Amputation
8. Avulsion
9. Ecchymosis
10. Crush

**Admission Assessment:** 27 yo Af-Am male to AB7 in Police Custody c̄ (R) eye swelling s/p fight during Police chase & arrest. Denies visual Δ, no headache, bleeding controlled. A+Ox3 Normal resp. efforts, has small superficial abrasion o— (R) cheek area

**Signature:** [signed] RN

### Laboratory Testing

| Laboratory Testing | Time | Initials | Time | Initials |
|---|---|---|---|---|
| CBC | | | | |
| Plt | | | | |
| Diff | | | | |
| PT | | | | |
| PTT | | | | |
| Chem 7 / 10 | | | | |
| LFT | | | | |
| Amylase / Lipase | | | | |
| CK MB 1 | | | | |
| CK MB 2 | | | | |
| CK MB 3 | | | | |
| Type/Hold # Units | | | | |
| UA | | | | |
| Urine C & S | | | | |
| Urine hCG + - | | | | |
| Blood Cultures 1 | | | | |
| 2 | | | | |
| Toxicology: Serum | | | | |
| Urine | | | | |
| Drug Levels: | | | | |
| Type: | | | | |
| Breathalyzer: | | | | |
| Other: | | | | |

### Diagnostic Testing

| Diagnostic Testing | Time | Initials | Time | Initials |
|---|---|---|---|---|
| ECG | | | | |
| X-Rays | | | | |
| C-Spine | | | | |
| Chest | | | | |
| Abdomen | | | | |
| Ultrasound _____ | | | | |
| CT Scan _____ | | | | |
| Other _____ | | | | |

**Arterial Blood Gas Results** — Time
1. / / / /
2. / / / /
3. / / / /

### Special Procedures

| Special Procedures | Size | Time |
|---|---|---|
| Chest Tube | | |
| NG Tube | | |
| Foley Catheter | | |
| Arterial Line | | |
| LP | | |
| External Pacer | | |
| Rectal: Guaiac + - | | |
| Tracheal Intubation | | |

| Vent Settings | | Time |
|---|---|---|
| FiO2 | | |
| TV | | |
| Mode | | |
| Rate | | |
| FiO2 | | |
| TV | | |
| Mode | | |
| Rate | | |

**Urine Dip Stick**
pH ___ Nitrite ___ Ketones ___ Leukocytes ___ Blood ___ Glucose ___

**Initial Lab Values**

WBC < Hbg / Hct > Plt    Na | Cl / K | CO2    BUN < CR / Glu

Other

```
EDAB -7647              YALE NEW HAVEN HOSPITAL
09/29/99  22:59               (QAX$$P)                              PAGE 001
=====================================            \|\  \|\\  \|\\
EDAB                                               \   \   \\|\   \    \
1027505                         09/29/99            \   \  \|\\    \    \
NICHOLS, LUIS                   M   27               \   \  \|\    \    \
DOB: 09/20/72                                         \\|\  \   \   \\|\
MD: THANASSI,M MD                                     DISCHARGE REPORT
RN:                                                  -PERMANENT CHART COPY-
=====================================
SUMMARY: 09/29 00:01 TO 22:59

                    NO NEW ORDERS ENTERED TODAY

------------------------------------------------------------------------

                 THERE WERE NO ORDERS HELD TODAY

------------------------------------------------------------------------

                 NO ORDERS WERE COUNTERSIGNED TODAY

------------------------------------------------------------------------

                              LAST PAGE
```

```
============================================================================
   NICHOLS, LUIS                   1027505                  DISCHARGE REPORT
   -*-
```

```
EDAB -7648              YALE NEW HAVEN HOSPITAL
09/29/99  22:59                  (QAX$$P)                           PAGE 001
======================================          \\\  \\\  \\\   \    \
EDAB                                              \\    \    \    \\   \
1027505                              09/29/99      \\    \    \    \\ \  \
NICHOLS, LUIS                        M   27         \    \    \    \    \\
DOB: 09/20/72                                      \\\  \\\  \\\    \    \
MD: THANASSI,M MD                                     DISCHARGE REPORT
RN:                                                 -PERMANENT CHART COPY-
=======================================
SUMMARY: 09/29 00:01 TO 22:59

THERE ARE NO ORDERS TO BE SIGNED


------------------------------------------------------------------------

                              LAST PAGE
```

===============================================================================
NICHOLS, LUIS                        1027505                    DISCHARGE REPORT

```
EDAB -7649                YALE NEW HAVEN HOSPITAL
09/29/99  22:59                   (QAX$$P)                              PAGE 001
======================================
EDAB
1027505                            09/29/99
NICHOLS, LUIS                        M  27
DOB: 09/20/72
MD: THANASSI,M MD                                          DISCHARGE REPORT
RN:                                                      -PERMANENT CHART COPY-
==========================================
SUMMARY: 09/29 00:01 TO 22:59

PATIENT INFORMATION:
 09/29 21:20    ADMIT DX:SWELLING OVER RIGHT EYE
                                                INFC

                          LAST PAGE
```

```
=================================================================
NICHOLS, LUIS                   1027505                 DISCHARGE REPORT
```

**YALE-NEW HAVEN HOSPITAL**

20 York Street • New Haven, CT 06504

**EMERGENCY SERVICES FLOWSHEET**

Name: Nichols, Louis
Chief Complaint: Abdominal pain
Primary Care Provider: none
Date of Birth: 9/28/72
Triage Time: 1457
Date: 10 20 99
☐ Referred by PCP

**Patient Classification**
I   II   (III)   IV   AMB

☐ Ambulance Unit # ___
☐ Police  ☑ Walk-in
☐ Car  ☐ Lifestar
☐ Other ___

**Pre-Hospital Medication** ___
Pre-Hospital ☐ N/A  ☐ CPR  ☐ IV  ☐ O2 ___
☐ Spinal Immobilization  ☐ Cardiac Monitor ___  ☐ Intubated
☑ Vital Signs ___  ☐ Other ___

Clinical Data: 27 y/o male, c/o abd pain x 2 days. ∅ vomiting (+) nausea. (+) diarrhea. (+) chills. ↓d appetite
2210 - called to triage - no answer - JP
2225 - called to triage - no answer - JP
2245 - called to triage - no answer - JP

PMH: ∅    Meds: ∅

**Allergies**: ∅    **Reaction**:    **Last Tetanus**:

**Injury History**
☐ MVC
☐ Driver ☐ Passenger
☐ Front ☐ Rear
SB ☐ Y ☐ N
☐ Airbag  LOC ☐ Y ☐ N
☐ MCC  Helmet ☐ Y ☐ N
☐ Fall ___ feet
☐ N/A

**Mental Status**
☑ Conscious ☐ Unconscious
☐ Unconscious x ___ min
☑ Oriented x 3
☐ Lethargic ☐ Confused
☐ Agitated ☐ Uncooperative
☐ GCS ___

**Speech**
☑ Coherent
☐ Incoherent
☐ Silent
☐ Slurred
☐ Crying

**Skin**
☐ Hot ☐ Mottled
☑ Warm ☐ Cyanotic
☐ Dry ☐ Jaundiced
☐ Cold ☐ Ruddy
☐ Cool ☐ Pale
☐ Moist ☐ Pink

**Respiratory**
☑ Normal Effort
☐ Dyspneic
 ☐ slight
 ☐ moderate
 ☐ severe
☐ Wheezing, audible
☐ Hyperventilating
☐ Apneic

Vital Signs:  T 98.6  P 61  R 18  BP 132/76  O2 SAT ___  LMP ___  ☐ N/A
T ___ P ___ R ___ BP ___ O2 SAT ___ Time ___
T ___ P ___ R ___ BP ___ O2 SAT ___ Time ___
Triage Nurse Signature: ___

**HEARING IMPAIRED**
Patient ☐ Yes ☐ No
Other ☐ Yes ☐ No
Other communication need ___

**Recent Exposure To:**
TB       ☐ Yes ☐ No
Measles  ☐ Yes ☐ No
Varicella ☐ Yes ☐ No

**Interventions**
☐ None at this time  ☐ C-Spine Immobilization
☐ Cleanse & DSD  ☐ Urine Dip
☐ Ice  ☐ Urine hCG  + −
☐ Splint/Sling  ☐ Peak Flow  ☐ Breathalyzer

**Triage Protocols**
☐ Film Ordered ___ Time ___
☐ Film Completed @ ___
☐ Finger Stick ___
☐ Apples

**Level of Consciousness**
| Eye Opening | | Best Verbal Response | | Best Motor Response | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeying | 6 |
| To Speech | 3 | Confused Conversation | 4 | Localizes | 5 |
| To Pain | 2 | Inappropriate Words | 3 | Withdrawn | 4 |
| None | 1 | Incomprehensible Sounds | 2 | Abnormal Flexion | 3 |
| Close | C | None | 1 | Extension Response | 2 |
| | | Intubated | I | None | 1 |

Minor ☐ Consent obt. from ___  ☐ Consent not needed

F-4292 (R0899)

```
EDAB -6411              YALE NEW HAVEN HOSPITAL
10/20/99  23:00                (QAX$$P)                           PAGE 001
=====================================
EDAB
1027505                         10/20/99                    DISCHARGE REPORT
NICHOLS, LUIS                   M  27                     -PERMANENT CHART COPY-
DOB: 09/20/72
MD: WEIHL,AC MD
RN:
=====================================
SUMMARY: 10/20 00:01 TO 23:00
```

*NO NEW ORDERS ENTERED TODAY*

---

*THERE WERE NO ORDERS HELD TODAY*

---

*NO ORDERS WERE COUNTERSIGNED TODAY*

---

LAST PAGE

```
================================================================
NICHOLS, LUIS                   1027505                     DISCHARGE REPORT
-*-
```