```
Unit No.:   102 75 05                10/20/99
Name:       NICHOLS       LUIS
            1A DICKERSON ST          09201972
Address:    NEW HAVEN     CT   06511
            V I S I T
                                    20362643
Birthdate:

If handwritten, record name, unit no., and birthdate.)
```

# YALE-NEW HAVEN HOSPITAL
## ADVANCE DIRECTIVES
## ANATOMICAL DONATIONS

**INSTRUCTIONS:** This form is to be completed during the admission process for every adult patient (age 18 or older). Please refer to the Yale-New Haven Hospital Administrative Policy A-11 for information about advance directives. If the patient is too ill to be asked questions or to receive information, the questions are to be asked of a family member or significant other. If this is not possible, note this fact in the form; information then must be requested of the patient or family member later during the admission.

For the questions below, circle the appropriate response (Yes or No). The full name of the staff member(s) obtaining the information is to be noted in the "key" at the end of the form, along with indication of which questions were asked by that staff member. If information is obtained from a family member or significant other, please indicate the name of the person supplying information and the relationship to the patient.

**PLEASE BE SURE THAT ALL QUESTIONS ARE ANSWERED.**

### Advance Directives and Informed Consent:

Initials _MH_
Date _10/20/99_

1. Verify that the patient or representative has received a copy of the Patient Self Determination Act booklet containing information about patient's rights under state law and hospital policy.
   Patient _____
   Representative _____
   Relationship to Patient _____


Yes / **No**

2. Has the patient executed a living will or other advance directive?
   If "yes", please indicate what type(s) of advance directives the patient has.
   ❏ Living Will
   ❏ Health Care Agent
   ❏ Durable Power of Attorney for Health Care
   ❏ Combined form - Living Will, Health Care Agent & Durable Power of Attorney
   ❏ Conservator (guardian)
   ❏ Designation of individual to appoint as conservator (guardian)
   ❏ Other _____


Yes / **No**

If "no", does patient wish to have further information about Advance Directives? If so, provide state packet containing forms and additional information. Further inquiries should be referred to Nursing/Social Work.

```
EDAB -6412              YALE NEW HAVEN HOSPITAL
10/20/99  23:00                  (QAX$$P)                           PAGE 001
======================================
EDAB
1027505                          10/20/99
NICHOLS, LUIS                     M   27
DOB: 09/20/72
MD: WEIHL,AC MD                                        DISCHARGE REPORT
RN:                                                 -PERMANENT CHART COPY-
======================================
SUMMARY: 10/20 00:01 TO 23:00

THERE ARE NO ORDERS TO BE SIGNED

------------------------------------------------------------------------
                              LAST PAGE
```

```
===========================================================================
 NICHOLS, LUIS                   1027505                     DISCHARGE REPORT
 -*-
```

```
EDAB -6413              YALE NEW HAVEN HOSPITAL
10/20/99  23:00                 (QAX$$P)                           PAGE 001
========================================
EDAB
1027505                       10/20/99
NICHOLS, LUIS                  M  27
DOB: 09/20/72
MD: WEIHL,AC MD                                       DISCHARGE REPORT
RN:                                                -PERMANENT CHART COPY-
========================================
SUMMARY: 10/20 00:01 TO 23:00

PATIENT INFORMATION:
 10/20 20:09    ADMIT DX:ABDOMINAL PAIN            INFC

                          LAST PAGE
```

===============================================================
NICHOLS, LUIS                  1027505                 DISCHARGE REPORT

**YALE-NEW HAVEN HOSPITAL**

NICHOLS, LUIS
UN: 1027505  DOB: Sep-20-1972        Report Date: May-11-2000

Visit #: 20730321

Diagnostic Imaging Consultation

Responsible Physician:                    Status: E

    BREWER, PHILLIP A.  MD            Phone: (203) 782-1106
    SURGERY
    474 CONGRESS AVENUE
    NEW HAVEN, Q  06519

3726631   May-11-2000 1:59 AM   Requested by: DIAZ, DANILO V. MD
    RIGHT ANKLE (3) VIEWS OR MORE /STAT/
3726630   May-11-2000   1:59 AM
    RT FOOT/TOES 3 VIEWS OR MORE /STAT /

Dx: RIGHT LEG/ANKLE PAIN

Comments: SIGNS/SYMPTOMS OF RIGHT ANKLE TENDERNESS
-----------------------------------------------------------------

RIGHT ANKLE THREE VIEWS, AP, MORTISE AND LATERAL AND RIGHT FOOT
THREE VIEWS, AP, LATERAL AND OBLIQUE - 5/11/00:

CLINICAL HISTORY:

Ankle and foot pain in a patient who is status post trauma.

COMMENTS:

There is no evidence for a fracture or dislocation of the right
foot or ankle.  The soft tissues are grossly unremarkable.  An
ankle bracelet is noted.

(Signed) 164 John Blanco, M.D.
        C O P Y

| PATIENT NAME | LAST NICHOLS | FIRST LUIS | MIDDLE | VISIT NUMBER 20730321 | DATE 05/11/00 | MED RECORD NUMBER 1027505 |
|---|---|---|---|---|---|---|

## ORDERS

| Time | Order | MD/PA Signature | RN Init. | Time | Order | MD/PA Signature | RN Init. |
|---|---|---|---|---|---|---|---|
| | motrin 600mg po x1 now | | | | | | |

## HISTORY

Source of Hx: patient   Hx unobtainable due to: ___

CC: (R) foot pain

HPI: 28 ♂ young man who presented after trying to escape from police and climbed over a fence and landed awkwardly on (R) foot. Now he c/o mod-severe (R) foot pain. (+) numbness of toes #3, 4, 5

PMH: ∅

MEDS: ∅

CODED MAY 16 2000

Allergy/Immunizations: NKDA

Soc Hx: Tobacco ☒ Yes ☐ No   ETOH ☒ Yes ☐ No occasionally   Other drugs (+) sometimes

Resides ☐ home ☐ institution ☐ homeless   Assistance ☐ Family ☐ VNA ☐ aide ☐ none

Fam Hx: ___

Review of Systems — Neg / Pos (see HPI):
Constitutional, Eyes, ENT, Neck, Chest, CV, Endoc, GI, GU, Heme Lymph, MS, Skin, Neuro, Psych, All Imm.
☐ All other systems reviewed and negative

## PHYSICAL EXAM

Time 1 AM   T 98.2   P 69   R 18   BP 133/95   O2 SAT ___   Ht ___   Wt ___

Appearance: in mild discomfort

Head: ___
Eyes: ___
ENT: ___
Neck: ___
Resp: ___

Chest/Breast: ___
CV: ___
Abd: 845.00
Rectal: E917.6
GU: E975
E849.9
Skin: 729.5

M-S: ext & mid (R) foot pain over dorsal metatarsal prom. (+) (R) medial malleolus tenderness

Neuro: ___
Psych: ___
Lymph: ___

Laboratory: ✗✗ +

EKG: ___

Imaging: ① ankle/(R) foot x-rays → ⊖ for fx or dislocations

Consultants/PMD Called: ___   Time ___   Time ___

Diff Dx: fracture vs. sprain

Final Dx: sprain

Disposition: TO JAIL

Condition: ☒ Improved   ☐ Unchanged   ☐ Deceased

Resident / PA Name: Danilo Diaz MD

Attending Name: [signature] MD

F-808C (R1198)

MEDICAL RECORD COPY | **YALE-NEW HAVEN HOSPITAL** | EMERGENCY SERVICE VISIT RECORD PAGE 2

| | | | | | |
|---|---|---|---|---|---|
| **PATIENT NAME** | LAST NICHOLS | FIRST LUIS | MIDDLE | VISIT NUMBER 20730321 | DATE 05/11/00 | MED RECORD NUMBER 1027505 |

| | |
|---|---|
| CHIEF COMPLAINT | RIGHT LEG/ANKLE PAIN |
| TRIAGE TO | ED AB SECTION    TRIAGE TIME 12:30 AM    REG. TIME 01:07 AM |
| SS# | 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    MODE OF ARRIVAL    POLICE |
| DOB | 09/20/1972  AGE 27  RACE HI  SEX M  RELIGION CATHOLIC |
| ADDRESS | 18 DICKERMAN ST    SECOND FLOOR    NEW HAVEN, CT  06511 |
| EMPLOYER | Emp Status: NOT EMPLOY |
| PERMANENT PHONE | 203 624-4287    OTHER PHONE |
| EMERGENCY CONTACT | NICHOLS AUDREY    EMERGENCY PHONE 203 624-4287 |
| PCP | NONE PER PAT    CONTACTED ☐    PCP PHONE |
| INSURANCE | SELF-PAY    POLICY #    AUTH # |

**PROCEDURES**

_____    _____    _____    _____
Resident / PA name    signature    Attending present    signature

**ATTENDING EVALUATION**

I have supervised _____Kim_____ in the evaluation and treatment of this patient.

I have reviewed the history above for completeness and accuracy. Of note:
27 ♂ BIB NHPD for eval ft + ankle. Twisted ft/A while he running away from police. now c/o R ankle + ft pain

I have confirmed that the above physical exam is complete and accurate. My own examination also revealed:
A&O, coop. under arrest (NHPD)
R lat mall ⊕ slight swelling. ⊕ T to passive ROM MTP

I have reviewed all available laboratory and imaging studies and interpret them as follows:
X-ray ft, ankle ⊖

Prior records reviewed ☐ Yes ☐ No    Critical care time _____ minutes

I have discussed my assessment and plan with _____ consultants including:

Assessment:
ft + ankle sprain

Plan and disposition: d/c to N.H.P.D.

ED reevaluation or observation notes:

Signed out to Dr._____ at ___:___    _Brewer MD_
Attending signature    time

_____    _____
Attending signature    time

UNIT NO. 102705
NAME:
ADDRESS:
BIRTH DATE:
VISIT NUMBER:

(if handwritten, record name, unit no., birth date, and visit no.)

**YALE-NEW HAVEN HOSPITAL**

20 York Street • New Haven, CT 06504

**EMERGENCY SERVICES FLOWSHEET**

Name: Nichols, Lewis
Chief Complaint: (B) leg/ankle pain
Primary Care Provider:
Date of Birth: 9-20-72
Triage Time: _____  Date: 11 May 00
☐ Referred by PCP

**Patient Classification**: I  II  III  (IV)

☐ Ambulance Unit # _____
☐ Police  ☒ Walk-in
☐ Car  ☐ Lifestar
☐ Other _____

Pre-Hospital Medication _____
Pre-Hospital ☐ N/A ☐ CPR ☐ IV ☐ O₂
☐ Spinal Immobilization ☐ Cardiac Monitor ☐ Intubated
☐ Vital Signs _____  ☐ Other _____

Clinical Data: pt here c/o fall @ 1300 today. old scabbed wounds. Deform. edema CSM WNL color pale. skin intact — pt amb c̄ c/o pain

PMH: Denies
Meds: Denies

Allergies: Denies
Reaction:
Last Tetanus:

**Injury History**
☐ MVC
☐ Driver ☐ Passenger
☐ Front ☐ Rear
SB ☐ Y ☐ N
☐ Airbag  LOC ☐ Y ☐ N
☐ MCC  Helmet ☐ Y ☐ N
☐ Fall _____ feet
☒ N/A

**Mental Status**
☒ Conscious ☐ Unconscious
☐ Unconscious x ___ min
☐ Oriented x 3
☐ Lethargic ☐ Confused
☐ Agitated ☐ Uncooperative
☐ GCS 15

**Speech**
☒ Coherent
☐ Incoherent
☐ Silent
☐ Slurred
☐ Crying

**Skin**
☐ Hot ☐ Mottled
☒ Warm ☐ Cyanotic
☒ Dry ☐ Jaundiced
☐ Cold ☐ Ruddy
☐ Cool ☐ Pale
☐ Moist ☐ Pink

**Respiratory**
☒ Normal Effort
☐ Dyspneic
  ☐ slight
  ☐ moderate
  ☐ severe
☐ Wheezing, audible
☐ Hyperventilating
☐ Apneic

**Vital Signs:** LMP _____ ☐ N/A
T _____ P _____ R _____ BP _____ O₂ SAT _____

**HEARING IMPAIRED**
Patient ☐ Yes ☒ No
Other ☐ Yes ☒ No
Other communication need _____

**Recent Exposure To:**
TB ☐ Yes ☒ No
Measles ☐ Yes ☒ No
Varicella ☐ Yes ☒ No

Triage Nurse Signature: _____

**Interventions**
☐ None at this time ☐ C-Spine Immobilization
☐ Cleanse & DSD ☐ Urine Dip
☐ Ice  ☐ Urine hCG + -
☐ Splint/Sling ☐ Peak Flow ☐ Breathalyzer

**Triage Protocols**
☐ Film Ordered _____ Time _____
☐ Film Completed @ _____
☐ Finger Stick _____
☐ Apples

**Level of Consciousness**
Eye Opening / Best Verbal Response / Best Motor Response
Spontaneous 4 / Oriented 5 / Obeying 6
To Speech 3 / Confused Conversation 4 / Localizes 5
To Pain 2 / Inappropriate Words 3 / Withdrawn 4
None 1 / Incomprehensible Sounds 2 / Abnormal Flexion 3
Close C / None 1 / Extension Response 2
 / Intubated I / None 1

Minor ☐ Consent obt. from _____ ☐ Consent not needed

F-4292 (R0899)

Foot  Nichols  Bed 7

| INITIAL | SIGNATURE | TITLE | INITIAL | SIGNATURE | TITLE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| JB | Luis Bubbls EDTA | | m | m/m | R |

## Vital Signs

| TIME | BP | HR | RR | TEMP | O2 SAT | PAIN | INIT |
|---|---|---|---|---|---|---|---|
| 0100 | 133/95 | 69 | 18 | 98.2 | 100% RA | | JB |
| | | | | | | | |

## Medications

| TIME | MEDICATION | DOSE | ROUTE | INIT | TIME | RESPONSE TO MEDICATION | INIT |
|---|---|---|---|---|---|---|---|
| 0215 | Motrin | 600 | PO | | | | |

Pain Scale  0 NO PAIN — 5 MODERATE PAIN — 10 WORST POSSIBLE PAIN

| DATE | TIME | |
|---|---|---|
| | | x Ray Done. — M. Daughl(?) |
| | 0240 | Motrin Given, Pt. Discharged Back into Police Custody. — M. Vanbr(?) |

| | | x Ray Done. — M. Daughl(?) |
| | 0240 | Motrin Given, Pt. Discharged Back into Police Custody. |

Date: _____  Time in: _____  Room: _____

## Admission Assessment

### Chest Assessment

| | Right | Left |
|---|---|---|
| Clear | ✓ | ✓ |
| Rales | | |
| Rhonchi | | |
| Wheezes | | |
| Rubs | | |
| Stridor | | |
| Absent | | |

### Circulation

Pulse:
- ☐ Regular
- ☐ Irregular
- ☐ Bounding
- ☐ Thready
- ☐ Absent

Capillary Refill:
- ☐ Normal
- ☐ Prolonged

### Abdomen

- ☑ N/A  ☐ Flat  ☐ Soft  ☐ Distended
- Tenderness  ☐ LUQ  ☐ LLQ  ☐ RUQ
- ☐ RLQ  ☐ Epigastric
- Bowel Sounds  ☐ Present  ☐ Absent
- Last BM _____

### GI/GU/GYN

- ☐ N/A

Genitourinary
- ☐ Flank pain  ☐ L  ☐ R
- ☐ Dysuria  ☐ Frequency
- ☐ Hematuria  ☐ Burning

Reproductive
- ☐ No problems identified
- ☐ Pregnant  EDC: _____
- G____  P____
- ☐ Fetal HR _____
- ☐ Bleeding
- LMP _____

### Musculoskeletal

- ☐ N/A
- ☐ Limited movement of (R) Foot
- ☐ Pain _____ (0-10)
- ☐ Swelling
- ☐ Deformity
- ☐ Rotation
- CSM  ☐ Intact
- ☐ Compromised

1. Pain
2. Abrasion
3. Laceration
4. Puncture
5. Deformity
6. Swelling
7. Amputation
8. Avulsion
9. Ecchymosis
10. Crush

Admission Assessment: Pt. received in police custody, c/o Pain in (R) Foot, ō Swelling, ø Deformity, ø Discoloration CMS intact. —— MJ Vanden

Signature: _____

| Laboratory Testing | Time | Initials | Time | Initials |
|---|---|---|---|---|
| CBC | | | | |
| Plt | | | | |
| Diff | | | | |
| PT | | | | |
| PTT | | | | |
| Chem 7 / 10 | | | | |
| LFT | | | | |
| Amylase / Lipase | | | | |
| CK MB 1 | | | | |
| CK MB 2 | | | | |
| CK MB 3 | | | | |
| Type/Hold # Units | | | | |
| UA | | | | |
| Urine C & S | | | | |
| Urine hCG + - | | | | |
| Blood Cultures 1 | | | | |
| 2 | | | | |
| Toxicology: Serum Urine | | | | |
| Drug Levels: | | | | |
| Type: | | | | |
| Breathalyzer: | | | | |
| Other: | | | | |

| Diagnostic Testing | Time | Initials | Time | Initials |
|---|---|---|---|---|
| ECG | | | | |
| X-Rays | | | | |
| C-Spine | | | | |
| Chest | | | | |
| Abdomen | | | | |
| Ultrasound _____ | | | | |
| CT Scan _____ | | | | |
| Other _____ | | | | |

Arterial Blood Gas Results   Time
1. __/__/__/__/__
2. __/__/__/__/__
3. __/__/__/__/__

| Special Procedures | Size | Time |
|---|---|---|
| Chest Tube | | |
| NG Tube | | |
| Foley Catheter | | |
| Arterial Line | | |
| LP | | |
| External Pacer | | |
| Rectal: Guaiac + - | | |
| Tracheal Intubation | | |

| Vent Settings | | Time |
|---|---|---|
| FiO2 | | |
| TV | | |
| Mode | | |
| Rate | | |
| FiO2 | | |
| TV | | |
| Mode | | |
| Rate | | |

### Urine Dip Stick
pH____  Nitrite____  Ketones____  Leukocytes____  Blood____  Glucose____

### Initial Lab Values
WBC >< Hbg / Hct    Plt    Na | Cl    BUN / CR
                            K | CO2    Glu

Other: _____

```
EDAB -6578           YALE NEW HAVEN HOSPITAL
05/11/00  04:00              (QAX$$P)                              PAGE 001
========================================
EDAB
1027505                       05/11/00
NICHOLS, LUIS                 M   27
DOB: 09/20/72
MD: BREWER,PA MD                                       DISCHARGE REPORT
RN:                                                   -PERMANENT CHART COPY-
========================================
SUMMARY: 05/11 00:01 TO 04:00

NEW ORDERS ENTERED FOR THE DAY:

 05/11/00  01:15
     2 RADIOGRAPHY: RIGHT FOOT PA, LAT, OBLIQUE EFT3R, SCHEDULE: STAT,
       /STA STA, REASON FOR EXAM: SIGNS/SYMPTOMS OF MID RIGHT FOOT
       TENDERNESS  , PT. S/P HARD FALL ON FOOT, CLINICAL INFO: YOUNG
       MAN WITH ACUTE FOOT PAIN, TRANSPORT: STRETCHER, PREGNANT: NO
       PHONE/BEEPER: 2443, <05/11/00>, (M0T7)
     3 RADIOGRAPHY: RIGHT ANKLE AP, LAT, MORTISE EAK3R, SCHEDULE: STAT,
       /STA STA, REASON FOR EXAM: SIGNS/SYMPTOMS OF RIGHT ANKLE
       TENDERNESS  , CLINICAL INFO: YOUNG MAN WHO LANDED HARD ON FOOT,
       TRANSPORT: STRETCHER, PREGNANT: NO PHONE/BEEPER: 2443,
       <05/11/00>, (M0T7)
 ENTERED BY: DIAZ,DV        MD          --COMPUTER-CODE SIGNATURE--
-----------------------------------------------------------------------

                    THERE WERE NO ORDERS HELD TODAY
-----------------------------------------------------------------------

                    NO ORDERS WERE COUNTERSIGNED TODAY
-----------------------------------------------------------------------

                             LAST PAGE
```

=====================================================================
*NICHOLS, LUIS*              *1027505*                    *DISCHARGE REPORT*
-*-

```
EDAB -6579           YALE NEW HAVEN HOSPITAL
05/11/00  04:00              (QAX$$P)                          PAGE 001
=====================================
EDAB
1027505                      05/11/00
NICHOLS, LUIS                M   27
DOB: 09/20/72                              DISCHARGE REPORT
MD: BREWER,PA MD                          -PERMANENT CHART COPY-
RN:
==========================================
SUMMARY: 05/11 00:01 TO 04:00

THERE ARE NO ORDERS TO BE SIGNED


------------------------------------------------------------------
                         LAST PAGE
```

```
=====================================================================
NICHOLS, LUIS              1027505                     DISCHARGE REPORT
-*-
```

```
EDAB -6580              YALE NEW HAVEN HOSPITAL
05/11/00  04:00                 (QAX$$P)                              PAGE 001
========================================
EDAB
1027505                         05/11/00
NICHOLS, LUIS                   M   27
DOB: 09/20/72
MD: BREWER,PA MD                                         DISCHARGE REPORT
RN:                                                   -PERMANENT CHART COPY-
========================================
SUMMARY: 05/11 00:01 TO 04:00

PATIENT INFORMATION:
  05/11 01:08    ADMIT DX:RIGHT LEG/ANKLE PAIN   INFC

ADMISSION SCREENING:

     HEARING IMPAIRMENT:
     05/11 01:05 PT/OTHER NEEDS ASSISTANCE FORCOMMUNICATION   NO
            ASSISTANCE NEEDED

======================== USER NAME & INITIALS ========================
INFC                            EXTUNIYNHH2000051146235
003166995926060CADT2            0PAFM

                              LAST PAGE
```