UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 24  3 57 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LUIS NICHOLS,
    Plaintiff

v.   3:02-CV-01520 (EBB)

R. HOLSTEN,
    Defendant

### ORDER

On or before April 6, 2004, Plaintiff shall respond in full to each and every interrogatory, and concomitant production requests, served on Plaintiff by Defendant on or about August 8, 2003, without any objection interposed thereto. The Honorable Janet C. Hall ordered, on August 26, 2003, that Plaintiff was to comply with such interrogatories and production requests no later than **October 7, 2003**. Plaintiff's counsel never complied with this direct Order.

Should Plaintiff's counsel not comply with this second direct Order, an Order to Show Cause as to why Plaintiff's counsel should not be held in contempt shall issue forthwith.

SO ORDERED

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 24 day of March, 2004.