```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT              FILED

LUIS NICHOLS,                       :                 APR 5  3 09 PM '04
          Plaintiff                 :
                                    :                 U.S DISTRICT COURT
                                    :                 NEW HAVEN, CONN.
     v.                             :   3:02-CV-01502 (EBB)
                                    :
                                    :
R. HOLSTEN,                         :
          Defendant                 :
```

### AMENDED ORDER

The Order of March 24, 2004, is hereby withdrawn, Plaintiff's counsel having produced copies of the answers to Defendant's Interrogatories and Requests for Production, filed on November 4, 2003.

It must be noted, however, that it is axiomatic that an attorney is the agent of his client. To claim, as Plaintiff's counsel does, that the original order issued by Judge Hall was directed to his client and not to him borders on the frivolous.

SO ORDERED

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 5th day of April, 2004.