UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS NICHOLS

v.  Civil No. 3:02CV1502(EBB)

R. HOLSTON

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge. On June 10, 2004, the jury returned a verdict for the defendant.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut this 10th day of June, 2004.

KEVIN F. ROWE, Clerk
By
    /s/
Melissa Ruocco
Deputy Clerk

EOD : _____