AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

Nichols v. Holston

EXHIBIT AND WITNESS LIST

CASE NUMBER: 02CV1502(EBB)

FILED JUN 10  2 41 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | N. Pattis | M. Wolak |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/9/04 - 6/10/04 | B. Graufield | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 6/9/04 | | | Audrey Nichols - New Haven, CT |
| | A | 6/9/04 | X | X | Map of New Haven area |
| 4 | | 6/9/04 | X | X | A-F Photos of plaintiff |
| | E | 6/9/04 | X | X | Photo of plaintiff |
| X | | 6/9/04 | | | Luis Nichols - |
| | F | 6/9/04 | X | X | Medical records from Yale |
| X | | 6/9/04 | | | Reginald Holston - New Haven, CT |
| | G | 6/9/04 | ID only | | Interrogatories + Request for Production |
| 6 | | 6/9/04 | X | X | Police Report |
| 7 | | 6/9/04 | X | ID | Photo of child |
| | B | 6/9/04 | X | X | Photo - Columbus Ave + West St. |
| | D | 6/9/04 | X | X | Photo - Columbus Ave + West St |
| X | | 6/9/04 | | | Herbert Sharp - New Haven, CT |
| | C | 6/9/04 | X | X | Photo - Columbus Ave + West St. |
| 5 | | 6/9/04 | X | X | Medical Records from Yale |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.