AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

**FILED** JUN 10 2 4＃PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

34

Nichols v. Holston

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 02CV1502(EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| EBB | N. Pattis | M. Wolak |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/9/04 - 6/10/04 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Juror Note |
| 2 | | | | | Response to Juror Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.