UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS NICHOLS | : |
| VS. | :   NO. 3:02CV1502(EBB) |
| R. HOLSTON | :   MAY 31, 2004 |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The plaintiff respectfully applies for a writ of habeas corpus *ad testificandum* requiring that he be brought to this court for jury selection and trial in the captioned action, scheduled to begin on June 8, 2004. In support hereof, he represents that he is presently a sentenced inmate in the custody of the Connecticut Commissioner of Correction, housed at the Brooklyn Correctional Institution in Brooklyn, Connecticut, under Inmate Number 219018.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
His Attorney