United States District Court
District of Connecticut
FILED AT   NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____6/10_____ 20 04
Kevin F. Rowe, Clerk

By M. Ruocco
   Deputy Clerk

LUIS NICHOLS,                :
          Plaintiff          :
                             :
                             :
     v.                      :    3:02-CV-01502 (EBB)
                             :
R. HOLSTON,                  :
          Defendant          :

### JURY INTERROGATORIES

1. Do you find that Plaintiff Luis Nichols has proven by a preponderance of the evidence that he was subjected to excessive force by Defendant Officer Holston ?

    _____ Yes                     No

If you have answered "Yes" to Question 1, please proceed to Question 2. If you have answered "No" to Question 1, your deliberations are at an end. The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

2. Do you find that Officer Holston has proven by a preponderance of the evidence that he is entitled to qualified

immunity for the constitutional violation which you have found in Interrogatory 1?

_____ Yes                              _____ No


If you have answered "Yes" to Question 2, your deliberations are at an end. The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court. If you have answered "No", please proceed to Question 3.


3.   What amount of compensatory damages, if any, do you award to Plaintiff for the violation of his constitutional rights ?

$ _____


If you have not awarded damages in Question 3, please proceed to Question 4. If you have awarded damages, please proceed to Question 5.


4.   What amount of money do you award as nominal damages ?

$ _____


Please proceed to Question 5.

5. Do you find that Plaintiff should be awarded punitive damages in order to deter the Defendant and others similarly situated from such future conduct ?

      \_\_\_\_\_ Yes             \_\_\_\_\_ No

If you have answered "Yes" to Question 5, please proceed to Question 6. If you have answered "No", your deliberations are at an end. The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

6. What amount of monies do you award as punitive damages ?

      $_____

Your deliberations are now at an end. The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

*Shawn L. Sullivan*
*June 10, 2004*