## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

June 15, 2004

Michael A. Wolak, III
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

      Re: Case Name: Nichols v Holston
           Number: 02cv1502(EBB)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Defendant's Trial Exhibits

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                Sincerely,

                Kevin F. Rowe, Clerk

               BY *M. Ruocco*
                Melissa Ruocco
                Deputy Clerk

ACKNOWLEDGMENT: *[signature]* DATE: 6/19/04