UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

FILED
JUL 15 11 34 AM '04

July 6, 2004

Michael A. Wolak, III
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

Re: Case Name: Nichols v Holston
    Number: 3:02cv1502(EBB)

Dear Attorney:

As the above matter has been disposed of in this court:

The defendant's exhibit (exhibit A-chart) is too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for this exhibit to be picked up.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Melissa Ruocco
Deputy Clerk

ACKNOWLEDGMENT [signature]  DATE: 7/15/04